IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH D. LEEK,

           Plaintiff,

vs.                                          Case No. 21-3100-SAC

KATHRYN A. ANDROSKI, et. al.,

           Defendants.

## **O R D E R**

On July 29, 2021, the court issued an order (Doc. No. 8) granting plaintiff's motion to amend or supplement the complaint, but further holding that the amended complaint was subject to dismissal for failure to state a claim under federal law. Plaintiff was given time until August 30, 2021 to show cause why this case should not be dismissed or to file another amended complaint. Plaintiff has not made a timely response to the court's order. The court cautioned plaintiff that a failure to respond could lead to the dismissal of the case.

Upon review, the court shall direct that this case be dismissed. Plaintiff's motion for extension of time to serve defendants (Doc. No. 10) is considered moot.

**IT IS SO ORDERED.**

Dated this 2nd day of September 2021, at Topeka, Kansas.

                        s/Sam A. Crow_____
                        U.S. District Senior Judge