# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**KENNETH D. LEEK,**

        **Plaintiff,**

v.                                          Case No. 21-3100-SAC

**KATHRYN A. ANDROWSKI, MISTI KROEKER, IC SOLUTIONS, DAN SCHNURR, JAMES SKIDMORE, JOHN P. STIFFIN and SHANNON L. MEYER,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x)    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this case is dismissed.

Entered on the docket 09/02/21

**Dated: September 2, 2021**            SKYLER B. O'HARA
                                                 CLERK OF THE DISTRICT COURT

                                                 s/S. Nielsen-Davis
                                                 **Deputy Clerk**