FILED
United States Court of Appeals
Tenth Circuit

October 26, 2021

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

---

KENNETH D. LEEK,

    Plaintiff - Appellant,

v.

KATHRYN A. ANDROSKI, et al.,

    Defendants - Appellees.

No. 21-3165
(D.C. No. 5:21-CV-03100-SAC)
(D. Kan.)

---

## ORDER

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter is before the court on the Application for Leave of the Appellate Court, which was filed by U.S. Senior District Judge Sam A. Crow (the "Application"). Judge Crow presided over the case while it was pending below. The Application seeks leave of this court pursuant to Federal Rule of Civil Procedure 60(a) to correct an error in the order and separate judgment being appealed.

Upon consideration, the Application is granted. Proceedings in this appeal are abated. The case is remanded to the district court for the limited purpose of addressing the issue raised in the Application.

After the district court concludes its proceedings on limited remand, the district court shall supplement the preliminary record with any documents it enters addressing the issues in the Application.

The current briefing schedule is vacated. This court will reset the deadline for the appellant's opening brief at a later date and advise the appellant in writing of the new deadline.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Lara Smith*

by: Lara Smith
   Counsel to the Clerk

Case 5:21-cv-03100-SAC-ADM   Document 18   Filed 10/26/21   Page 2 of 2
Appellate Case: 21-3165   Document: 010110596019   Date Filed: 10/26/2021   Page: 2

2