IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH D. LEEK,

                Plaintiff,

vs.                                             Case No. 21-3100-SAC

KATHRYN A. ANDROSKI, et. al.,

                Defendants.

**O R D E R**

This case is before the court for the purpose of correcting a mistake arising from oversight or omission pursuant to Fed.R.Civ.P. 60(a). This case is currently on appeal to the Tenth Circuit Court of Appeals. The court has received leave from the Tenth Circuit to make this correction while the case is on appeal. Doc. No. 18.

On July 29, 2021, the court issued an order granting plaintiff's motion to amend his complaint and screening that complaint as amended. Doc. No. 8. The order found that plaintiff's case was subject to dismissal for failure to state a claim for relief under 42 U.S.C. § 1983 and that the court did not have a jurisdictional basis to consider a state law claim for breach of contract. The order gave plaintiff time until August 30, 2021 to show cause why the case should not be dismissed or to file another amended complaint. The court cautioned that a failure

to respond to the show cause order could lead to dismissal of the case.

On September 2, 2021, the court issued an order dismissing this case, observing that plaintiff had failed to make a timely response to the show cause order. Doc. No. 11. The court did not make clear in the order or in the judgment which followed (Doc. No. 12) whether the dismissal was with or without prejudice.

To correct this oversight or omission, the court hereby directs that the order (Doc. No. 11) and judgment (Doc. No. 12) be modified to state that, following plaintiff's failure to respond to the show cause order, plaintiff's claims under federal and state law are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 27th day of October 2021, at Topeka, Kansas.

s/Sam A. Crow_____
U.S. District Senior Judge