# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**KENNETH D. LEEK,**

           **Plaintiff,**

v.                                   Case No. 21-3100-SAC

**KATHRYN A. ANDROWSKI, MISTI KROEKER, IC SOLUTIONS, DAN SCHNURR, JAMES SKIDMORE, JOHN P. STIFFIN and SHANNON L. MEYER,**

           **Defendants.**

## AMENDED JUDGMENT IN A CIVIL CASE

( )    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(x)    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

Entered on the docket 10/27/21

**Dated:  October 27, 2021**          SKYLER B. O'HARA
                                        CLERK OF THE DISTRICT COURT

                                        s/S. Nielsen-Davis
                                        **Deputy Clerk**