FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

October 27, 2021

Christopher M. Wolpert
Clerk of Court

_____

KENNETH D. LEEK,

    Plaintiff - Appellant,

v.

KATHRYN A. ANDROSKI, et al.,

    Defendants - Appellees.

No. 21-3165
(D.C. No. 5:21-CV-03100-SAC)
(D. Kan.)

_____

**ORDER**

_____

On October 26, 2021, the court abated this appeal pending the district court's correction pursuant to Fed. R. Civ. P. 60(a) of an error in the order and judgment being appealed. On October 27, 2021, the district court issued an order directing that the order and judgment be corrected. An amended judgment entered the same day. Accordingly, the abatement of this appeal is lifted.

*Pro se* Appellant Kenneth D. Leek's opening brief shall be filed and served **on or before December 6, 2021**.


    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    By: Candice Manyak
        Counsel to the Clerk