IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


KENNETH D. LEEK,

                Plaintiff,

vs.                                Case No. 21-3100-SAC

KATHRYN A. ANDROSKI, et. al.,

                Defendants.


## O R D E R

This case is before the court upon remand from the Tenth Circuit Court of Appeals. The Tenth Circuit reversed the dismissal of plaintiff's access-to-courts claim against the defendants from Lansing Correctional Facility as it relates to plaintiff's attempts to litigate his claims in <u>Leek v. Scoggin</u>, Case No. 20-3051. The Tenth Circuit further directed that plaintiff's breach of contract claim against IC Solutions be reinstated and directed this court to reconsider whether to exercise supplemental jurisdiction over that claim. The dismissal of all other claims against all other defendants was affirmed.

T**he Court orders**, in light of the Tenth Circuit's directive, that defendants Androski, Kroeker and Schnurr be dismissed.

**The Court further orders** that this case proceed upon the above-described access-to-courts claim and breach of contract claim and that the Clerk of the Court notify the Kansas Attorney

General ("AG") and the KDOC of this Order.  The Court requests that defendants Skidmore, Stiffin and Meyer waive formal service of process.  The AG and/or the KDOC shall have 30 days from the entry of this order to file a Waiver of Service Executed and/or a Waiver of Service Unexecuted.  In those instances where a Waiver of Service Unexecuted is filed, the KDOC shall have 10 days from the filing of the Waiver of Service Unexecuted to supply the Clerk of the Court with the last known forwarding addresses for former employees, said addresses to be placed under seal and used only for the purpose of attempting to effect service of process.

**The Court further orders** that the Clerk of the Court issue summons and a copy of the second amended complaint to defendant IC Solutions.

Finally, **the Court directs** the Clerk to assign this case to a United States Magistrate Judge for pretrial management and supervision.

Copies of this order shall be transmitted to the AG and the KDOC.

**IT IS SO ORDERED.**

Dated this 18th day of May 2022, at Topeka, Kansas.

s/Sam A. Crow
U.S. District Senior Judge