IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH D. LEEK,

                Plaintiff,

vs.                                              Case No. 21-3100-SAC

KATHRYN A. ANDROSKI, et. al.,

                Defendants.

## **O R D E R**

The court has entered an order reinstating Misti Kroeker as a defendant. Doc. No. 28. The Court requests that defendant Kroeker waive formal service of process. The AG and/or the KDOC shall have 30 days from the entry of this order to file a Waiver of Service Executed and/or a Waiver of Service Unexecuted. If a Waiver of Service Unexecuted is filed, the KDOC shall have 10 days from the filing of the Waiver of Service Unexecuted to supply the Clerk of the Court with the last known forwarding address for Misti Kroeker, said address to be placed under seal and used only for the purpose of attempting to effect service of process.

Copies of this order shall be transmitted to the AG and the KDOC.

**IT IS SO ORDERED.**

Dated this 1st day of June 2022, at Topeka, Kansas.

<u>s/Sam A. Crow</u>
U.S. District Senior Judge