IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KENNETH D. LEEK,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**KATHRYN A. ANDROSKI,** *et al.* )<br>)<br>**Defendants.** )<br>) | Case. No. 21-CV-3100-SAC |

## WAIVER OF SERVICE OF SUMMONS EXECUTED

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections agrees on behalf of the defendants listed below to waive service of process and complaint in this matter. Pursuant to the Memorandum of Understanding for the Pilot Program for E-Service, the Martinez Report shall be due sixty (60) days from the date of this waiver and counsel for the Defendant's shall have sixty (60) days from the date the Martinez Report is filed to answer or otherwise respond to the complaint.

06-20-2022                                          s/Dennis D. Depew
Date                                                     Signature of Deputy Attorney General

 Misti Kroeker                                           James Skidmore
Printed name of party who waives service   Printed name of party who waives service

 John P. Stiffin                                         Shannon L. Meyer
Printed name of party who waives service   Printed name of party who waives service


Printed name of party who waives service   Printed name of party who waives service


Printed name of party who waives service   Printed name of party who waives service

1