Mr. Kenneth D. Leek #63523
E.D.C.F. 1737 S.E. U.S. Hwy. 54
El Dorado, KS 67042-0311

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH D. LEEK, )
    Plaintiff, )
  )
vs. ) Case No. 21-3100-SAC-ADM
  )
KATHRYN A. ANDROSKI, et al., )
    Defendants. )

MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff, KENNETH D. LEEK, pursuant to 28 U.S.C. §1915, requests this Court to appoint counsel to represent him in this case for the following reasons:

1. Plaintiff is unable to afford counsel.
2. The issues involved in this case are complex.
3. The plaintiff, as a long-term segregation inmate, has extremely limited access to the law library, which is the subject of this litigation.
4. Plaintiff has a limited knowledge of the law.
5. Defendants have filed a motion to dismiss or in the alternative for summary judgment (Doc. 32) to which plaintiff has no way to respond.
6. Plaintiff is currently under seige by prison officials at the prison. As a result of a forced property compliance audit he has been stripped of ALL his documents, cases, notes etc. relating to this case.

WHEREFORE, and because of the above, this Honorable Court should appoint counsel to represent the plaintiff.

Respectfully Submitted,
Kenneth D. Leek
KENNETH D. LEEK

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he hand-delivered this MOTION FOR THE APPOINTMENT OF COUNSEL to prison officials for e-filing with the U.S. District Court on this 12th day of July, 2022.

Kenneth D. Leek
KENNETH D. LEEK