Mr. Kenneth D. Leek #63523
E.D.C.F. 1737 S.E. U.S. Hwy. 54
El Dorado, Ks 67042-0311

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH D. LEEK, )
    Plaintiff )
   )
vs. ) Case No. 21-3100-SAC-ADM
   )
KATHRYN A. ANDROSKI, et al., )
    Defendants. )

MOTION FOR EXTENSION OF TIME

    COMES NOW, the plaintiff, KENNETH D. LEEK, pro se, and respectfully requests this court to grant him an extension of time to respond to defendant IC Solutions' motion to dismiss or in the alternative for summary judgment (Doc. 32). In support of said request plaintiff submits as follows:

  1. Though plaintiff received an electronic message defendant had filed a motion to dismiss, plaintiff has never received an actual copy of the motion.

  2. Plaintiff has requested a copy of the motion from the clerk of the court.

  3. Plaintiff has also been without his entire case file relating to the above-captioned cause because prison officials forced him to remove the documents from the prison. Plaintiff mailed them to the clerk of the court.

  4. Plaintiff immediately filed a motion for the appointment of counsel as he had no way to respond to defendants' motion without his case file. (Doc. 33)

  5. The court denied the request without prejudice. (Doc. 34)

  6. An hour ago plaintiff's unit team counselor brought the documents he mailed to the court back to him, along with a letter from the court clerk. (see attached)

7. On July 11, 2022 the clerk advised plaintiff's documents were being returned to him "at this time."

8. Plaintiff finds it dubious that it took from 7/11/22 to 7/25/22 for his pleadings to travel from Topeka to El Dorado, Kansas. It's more likely his property was being held by prison officials to thwart him from responding to IC Solutions' motion, which is due in two days!

9. Plaintiff is being forced to prosecute his suit blindfolded with two arms tied behind his back, a scenario that favors the defendants.

WHEREFORE, and because of the above, plaintiff requests an additional 21 days to respond to IC Solutions' motion to dismiss.

Respectfully Submitted,
Kenneth D. Leek
KENNETH D. LEEK

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he hand-delivered this MOTION FOR EXTENSION OF TIME to prison officials for e-filing with the U.S. District Court on this 26th day of July, 2022.

Kenneth D. Leek
KENNETH D. LEEK