

**TO:** Kenneth D. Leek, #63523
EL DORADO Correctional Facility-Central
PO Box 311
El Dorado, KS 67042

**FROM:** United States District Court
444 SE Quincy Street
490 US Courthouse
Topeka, KS 66683

**DATE:** July 11, 2022

**SUBJECT:** Kenneth D. Leek v. Androwski, et al.; Case No. 21-3100-SAC-ADM

The clerk's office is in receipt of the box of miscellaneous documents you submitted which are being returned to you at this time. Enclosed you will also find a current docket sheet.

Please be advised you cannot conventionally file documents and/or pleadings without leave of court. The court will rule on your motion before submission of any conventional filings are allowed. You are also incarcerated in a facility with mandatory electronic filing and should follow instructions available at the facility for transmitting pleadings electronically to the court.

If you have questions or concerns, do not hesitate to contact the Topeka Clerk's Office at 785-338-5400.