TO: Clerk of the Court
    444 S.E. Quincy, Room 490
    Topeka, KS 66683

July 26, 2022

FROM: Mr. Kenneth D. Leek #63523
    E.D.C.F. 1737 S.E. U.S. Hwy. 54
    Eldorado, KS 67042-0311

RE: Request for document / Case No. 21-3100-SAC-ADM

Dear Clerk,

    Recently I received an electronic notice from the Court that a defendant in the above-captioned case, IC Solutions, filed a motion to dismiss. The defendant, however, never sent me a copy. Will you please send me one?

    Thank you for your time.

                                        Kenneth D. Leek
                                        KENNETH D. LEEK

cc: file