Mr. Kenneth D. Leek #63523
E.D.C.F. 1737 S.E. U.S. Hwy. 54
El Dorado, KS 67042-0311

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH D. LEEK, )
    Plaintiff, )
)
vs. ) Case No. 5:21-cv-03100-SAC-ADM
)
KATHRYN A. ANDROSKI, et al., )
    Defendants. )

PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

COMES NOW, the plaintiff, KENNETH D. LEEK, pro se, and submits his motion in opposition to defendant IC Solutions' motion to dismiss or in the alternative for summary judgment. In support plaintiff submits the following:

1. Plaintiff has filed a motion for appointment of counsel since this case was remanded by the 10th Circuit. The magistrate judge denied the motion and judge Crow denied plaintiff's objection stating, among other things, he failed "to describe why he is unable to present fairly detailed, cogent and logical arguments, as he has in the past, if he is given adequate time for preparation."

2. Plaintiff must remind this court the basis for this suit is a denial of his receiving access to the court by a host of defendants at multiple prisons. In an outrageous attempt to file an objection to the defendant's motion plaintiff sent the librarian an electronic message requesting various research materials he needed. Mysteriously, she said she never got the message. (see attached)

3. Plaintiff resubmitted his request and the cases he received were not on point with his request. As plaintiff is out of time to respond this motion is being submitted with just words.

4. Oddly enough, plaintiff never received the copy of the motion defendant sent him until three days remained to respond to it. This is because prison personnel intentionally kept it from him. (see attached)

5. In short, it is clear to plaintiff that the fix is in and he has no recourse at this level.

6. Plaintiff maintains he is a third-party beneficiary of the contract between the KDOC and IC Solutions.

Respectfully Submitted,
Kenneth D. Leek
Kenneth D. Leek

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he hand-delivered this PLAINTIFFS MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT to prison officials for e-filing with the District Court on this 16th day of August, 2022.

Kenneth D. Leek
KENNETH D. LEEK

(3)

# Request #193606462

**Profile Photo:**



**Audit Photo:**
Audit Photo

### Resident Info

**Name:** Kenneth Leek (1975-08-18)
**Booking Number:** 63523
**Submitted Date:** 08/04/22 08:40
**Submitted from Location/Room:** 07,AB1262/B
**Current Location/Room:** 07,AB1262/B
**Facility:** El Dorado Correctional Facility - (KS DOC)

### Form Info

**Category:** Form 9
**Form:** Activities Form 9
**Internal Tag:** No Tag

### Request Info

**Status:** CLOSED **by** Joyce Horsch
**Facility Deadline:** 08/18/22 23:59

**Summary of Request:**

Requesting legal documents

**Details of Request:**

**To::**
(Name and Title of Officer or Department)
Library/Horsch

**Please provide details about your request:**
State completely but briefly the problem on which you desire assistance. (Be specific)
On August first I sent you an electronic message but got no response. Did you receive it?

**Work Assignment:**
None

**Comment:**
None

| DATE/TIME | USER | ACTION | DETAILS | |
|---|---|---|---|---|
| 08/05/22 12:12 | Joyce Horsch | Changed Status | From 'Open' to 'Closed' | |
| 08/05/22 12:12 | Joyce Horsch | Staff Response | no | |
| 08/04/22 08:40 | Kenneth Leek | Submitted New | Requesting legal documents | |

# Request #194299982

**Profile Photo:**


**Audit Photo:**
Audit Photo

### Resident Info

**Name:** Kenneth Leek (1975-08-18)
**Booking Number:** 63523
**Submitted Date:** 08/08/22 09:11
**Submitted from Location/Room:** 07,AB1262/B
**Current Location/Room:** 07,AB1262/B
**Facility:** El Dorado Correctional Facility - (KS DOC)

### Form Info

**Category:** Form 9
**Form:** Unit Team Form 9
**Internal Tag:** No Tag

### Request Info

**Status:** CLOSED **by** Brian Buchholz
**Facility Deadline:** 08/22/22 23:59

**Summary of Request:**

Late return of mail

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
Unit Team Buchholtz

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
Please explain to me why on Thursday, August 4, 2022, you delivered to me a FedEx envelope with a return address of Kristen MacDonald that was sent next day air on Friday, July 8, 2022? Granted, there was a post-it note attached that said Not labeled Legal opened not read by some unknown mailroom worker, but I find it hard to believe it took 27 days to make it to me AFTER that alleged mistake. I'm running into far too many coincidences and innocent mistakes by this scandalous administration during my prosecution of my lawsuits. Were you holding my mail or did the mailroom send it to you 27 days late? Of course this happened right after I filed a motion with the court informing them I never got my copy of the defendant's motion. That a coincidence too?

**Work Assignment:**
None

**Comment:**
Informal Resolution

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/09/22 09:30 | Brian Buchholz | Staff Response | Once again no one has the time or energy to mess with people. I gave it to you the day I was given to you. UTS B. Buchholz |
| 08/09/22 09:30 | Brian Buchholz | Changed Status | From 'Open' to 'Closed' |
| 08/09/22 09:28 | Brian Buchholz | Changed Status | From 'Closed' to 'Open' |
| 08/09/22 09:28 | Brian Buchholz | Staff Response | I'm just the messenger. They put it in my box and I drop it off. UTS B. Buchholz |
| 08/09/22 09:28 | Brian Buchholz | Changed Status | From 'Open' to 'Closed' |
| 08/08/22 09:11 | Kenneth Leek | Submitted New | Late return of mail |