# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENNETH D LEEK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case. No. 21-3100-SAC-ADM |
| KATHRYN A ANDROSKI, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants Misti Kroeker, James Skidmore, John P. Stiffin, and Shannon L. Meyer respectfully request, through Assistant Attorney General Matthew L. Shoger, that this Court dismiss all claims against them pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In the alternative, Defendants ask this Court to grant summary judgment pursuant to Fed. R. Civ. P. 56. In compliance with D. Kan. Rule 7.1 and 7.6, a memorandum in support is filed with this motion.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for KDOC Defendants*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 3rd day of October, 2022, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

    Alexander Chosid
    TKC Holdings, Inc.
    1260 Andes Boulevard
    St. Louis, MO 63132
    314-214-2806
    alex.chosid@tkcholdings.com
    *Attorney for ICSolutions*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

    Kenneth D. Leek, #63523
    EL DORADO Correctional Facility-Central
    PO Box 311
    El Dorado, KS 67042
    *Plaintiff, pro se*

                                          /s/ Matthew L. Shoger
                                          Matthew L. Shoger
                                          Assistant Attorney General