## Names

| Name Type | Name |
| --- | --- |
| Conviction | LEEK, KENNETH D |
| True | LEEK, KENNETH DONALE |
| Alias | YELLOW JACK, |
| Alias | YELLOW JACKET, LITTLE JACK YJ |



**(/kasper/search/image?kdocNumber=0063523&imageNumber=1)**

**LEEK, KENNETH D**

**Approx Picture Date**

2014-05-23



**(/kasper/search/image?kdocNumber=0063523&imageNumber=2)**

**LEEK, KENNETH D**

**Approx Picture Date**

2014-05-23

## Birthdates

| Birthdate Type | Birthdate | Age |
| --- | --- | --- |
| True | Aug 18, 1975 | 47 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
| --- | --- | --- | --- | --- | --- |
| Brown | Black | 5'-9" | 212 | Male | Black |

## Current Status reported by Dept. of Corrections

[ Work or Program Participation ]  Not Working

[ Earliest Possible Release Date (1) ]  Jan 01, 2023

[ Current Status ]  Incarcerated

[ Admission Date ]  Aug 08, 1996

[ Current Location (2) ]  **El Dorado CF-Central** (http://www.doc.ks.gov/facilities/edcf)

[ Custody Level ]  Special Management

**(1)** This date could be affected by a parole board decision or good time and/or program credit.
**(2)** Click on Location for the Facility web site.

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Wyandotte | 95CR2427A | Dec 05, 1995 | Jul 31, 1996 | N/A | Murder in the First Degree | 1 | Off Grid | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Jun 28, 2022 | Inter-Facility Movement |
| Lansing CF-Central | Jun 21, 2022 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 12, 2022 | Inter-Facility Movement |
| Lansing CF-Central | Apr 28, 2021 | Inter-Facility Movement |
| Hutchinson CF-Central | Jul 31, 2019 | Inter-Facility Movement |
| Hutchinson CF-East | Sep 26, 2017 | Inter-Facility Movement |
| Hutchinson CF-Central | Apr 12, 2017 | Inter-Facility Movement |
| El Dorado CF-Central | Jul 08, 2014 | Inter-Facility Movement |
| Lansing CF-Central | Nov 01, 2011 | Inter-Facility Movement |
| El Dorado CF-Central | Mar 20, 2007 | Inter-Facility Movement |
| Norton CF-Central | Sep 05, 2006 | Inter-Facility Movement |
| Ellsworth CF | Aug 29, 2006 | Inter-Facility Movement |
| Norton CF-Central | Jul 25, 2006 | Inter-Facility Movement |
| Ellsworth CF | Mar 01, 2005 | Inter-Facility Movement |
| El Dorado CF-Central | Jan 17, 2003 | Inter-Facility Movement |
| Hutchinson CF-Central | Jan 13, 1999 | Inter-Facility Movement |
| Lansing CF-Central | Aug 27, 1996 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Topeka CF-RDU | Aug 08, 1996 | New Court Commitment |

# Completed Programs

| Name | Completion Date |
|---|---|
| Utilities Maintenance | Mar 03, 2000 |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Feb 04, 2022 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Nov 04, 2020 | 1 | Hutchinson Correctional Fac. - Central | Possession UnAuth Commo Device |
| Nov 04, 2020 | 1 | Hutchinson Correctional Fac. - Central | Viol Statutes (Felony Crime) |
| Nov 21, 2019 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| Jul 26, 2019 | 2 | Hutchinson Correctional Facility - East | Restr Area/Unauth Presence |
| Jul 24, 2019 | 2 | Hutchinson Correctional Facility - East | Regis. & Use of Pers. Property |
| Jul 24, 2019 | 2 | Hutchinson Correctional Facility - East | Less Dangerous Contraband |
| Jul 19, 2019 | 1 | Hutchinson Correctional Facility - East | Threaten or Intim Any Person |
| Jul 19, 2019 | 2 | Hutchinson Correctional Facility - East | Insub/Disrespect Officer/Other |
| Jun 02, 2016 | 2 | El Dorado Correctional Fac. - Central | Violation of Published Orders |
| Jan 28, 2015 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |
| Aug 15, 2014 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jun 15, 2014 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Apr 24, 2014 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Apr 24, 2014 | 2 | Lansing Correctional Facility - Central | Restriction |
| Mar 21, 2014 | 2 | Lansing Correctional Facility - Central | Restriction |
| Mar 21, 2014 | 3 | Lansing Correctional Facility - Central | Improper Use of Food |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Nov 10, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Nov 10, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jun 30, 2013 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Jul 06, 2012 | 2 | Lansing Correctional Facility - Central | Mail |
| Jul 03, 2012 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jul 03, 2012 | 1 | Lansing Correctional Facility - Central | Viol Statutes (Felony Crime) |
| Jan 16, 2012 | 3 | Lansing Correctional Facility - Central | Radios,TV Musical Instr. Other |
| Apr 07, 2010 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |
| Nov 28, 2007 | 3 | El Dorado Correctional Fac. - Central | Violation of Published Orders |
| Nov 21, 2007 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Mar 04, 2007 | 1 | Norton Correctional Facility - Central | Disobeying Orders |
| Feb 23, 2007 | 3 | Norton Correctional Facility - Central | Improper Use of Food |
| Aug 09, 2006 | 3 | Norton Correctional Facility - Central | Answering Calls or Passes |
| Aug 09, 2006 | 3 | Norton Correctional Facility - Central | Answering Calls or Passes |
| Jun 04, 2006 | 3 | Ellsworth Correctional Facility | Improper Use of Food |
| Jan 24, 2006 | 3 | Ellsworth Correctional Facility | Restr Area/Unauthor Presence |
| Jan 12, 2006 | 3 | Ellsworth Correctional Facility | Restr Area and Unauth Presence |
| Nov 16, 2005 | 2 | Ellsworth Correctional Facility | Unauthorized Dealing or Trade |
| Jul 05, 2005 | 2 | Ellsworth Correctional Facility | Insub/Disrespect Officer/Other |
| Jan 01, 2005 | 3 | El Dorado Correctional Fac. - Central | Care of Living Quarters |
| Nov 17, 2002 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Nov 17, 2002 | 2 | Hutchinson Correctional Fac. - Central | Regis. & Use of Pers. Property |
| Mar 15, 2001 | 3 | Hutchinson Correctional Fac. - Central | Violation of Published Orders |
| Jan 24, 2001 | 2 | Hutchinson Correctional Fac. - Central | Less Dangerous Contraband |
| Oct 25, 2000 | 2 | Hutchinson Correctional Fac. - Central | Gambling and Bookmaking |
| Jun 22, 2000 | 2 | Hutchinson Correctional Fac. - Central | Regis. & Use of Pers. Property |
| Jun 22, 2000 | 2 | Hutchinson Correctional Fac. - Central | Taking W/O Permission |

| Date | Class | Location | Type of report |
| --- | --- | --- | --- |
| Apr 10, 1999 | 2 | Hutchinson Correctional Fac. - Central | Regis. & Use of Pers. Property |
| Mar 26, 1999 | 2 | Hutchinson Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Nov 24, 1998 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| May 15, 1998 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| May 15, 1998 | 2 | Lansing Correctional Facility - Central | Misconduct in Dining Room |
| May 11, 1998 | 3 | Lansing Correctional Facility - Central | Restr Area/Unauthor Presence |
| May 09, 1998 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Feb 04, 1998 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 17, 1997 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 17, 1997 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Oct 08, 1997 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Oct 08, 1997 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Oct 07, 1997 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Oct 07, 1997 | 1 | Lansing Correctional Facility - Central | Fighting |
| Oct 07, 1997 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Sep 29, 1997 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Sep 29, 1997 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Sep 27, 1997 | 3 | Lansing Correctional Facility - Central | Restr Area/Unauthor Presence |
| Sep 19, 1997 | 2 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Sep 12, 1997 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Aug 21, 1997 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Aug 16, 1997 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Aug 16, 1997 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Aug 08, 1997 | 3 | Lansing Correctional Facility - Central | Restr Area/Unauthor Presence |
| Jul 19, 1997 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Jun 22, 1997 | 1 | Lansing Correctional Facility - Central | Fighting |
| Jun 22, 1997 | 1 | Lansing Correctional Facility - Central | Interference W/Official Duties |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Jun 14, 1997 | 3 | Lansing Correctional Facility - Central | Restr Area/Unauthor Presence |
| May 24, 1997 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| May 22, 1997 | 2 | Lansing Correctional Facility - Central | Debt Adj or Collection Proh. |
| Apr 24, 1997 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 24, 1997 | 2 | Lansing Correctional Facility - Central | Work Performance |
| Apr 21, 1997 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Feb 05, 1997 | 3 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Jan 11, 1997 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Nov 19, 1996 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Oct 11, 1996 | 2 | Lansing Correctional Facility - Central | Disruptive Behavior |