IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENNETH D. LEEK, </br></br>Plaintiff, </br></br>v. </br></br>KATHRYN A. ANDROSKI, *et al.*, </br></br>Defendants. | ) </br> ) </br> ) </br> ) </br> ) Case. No. 21-3100-SAC-ADM </br> ) </br> ) </br> ) </br> ) </br> ) |

### DECLARATION OF DARCIE HOLTHAUS

I, Darcie Holthaus, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I am currently the Corrections Manager at Kansas Department of Corrections (KDOC).

2. As part of my job duties, I have access to official movement records for inmates at KDOC prison facilities.

3. According to those records, as of January 16, 2020, Kenneth D. Leek, #63523, was housed in general population at Hutchinson Correctional Facility (HCF) in the rehabilitation program.

4. On November 4, 2020, Leek was moved to Restrictive Housing at HCF on pre-hearing detention status.

5. On November 16, 2020, Leek's status was changed to disciplinary segregation due to disciplinary conviction.

6. On November 19, 2020, Leek's status was changed to other security risk.

7. On April 28, 2021, Leek was transferred to Lansing Correctional Facility (LCF). After this transfer to LCF, his status remained as other security risk. While at LCF during this period, he was housed in Long Term Restrictive Housing.

8. On April 12, 2022, Leek was transferred to El Dorado Correctional Facility (EDCF). After this transfer to EDCF, his status remained as other security risk. While at EDCF during this period, he was housed in Restrictive Housing.

9. On June 21, 2022, Leek was temporarily transferred back to LCF. After this transfer to LCF, his status remained as other security risk. While at LCF during this period, he was housed in Restrictive Housing.

10. On June 28, 2022, Leek was transferred back to EDCF. After this transfer to EDCF, his status remained as other security risk. Since this transfer to EDCF, Leek has been housed in Restrictive Housing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2022.

_____
Darcie Holthaus
Corrections Manager II
Kansas Department of Corrections