**EXHIBIT D**

| Acronym | Meaning | |
|---|---|---|
| **KDOC Acronyms and Specialized Terms** | | |
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| **SIGNIFIES MULTIPLE USES** | | |
| **Acronym** | **Meaning** | |
| A&D | Admission and Discharge | |
| AA | Alcoholics Anonymous | https://ks-aa.org/ |
| AA | Administrative Assistant | |
| AAPS | Addiction and Prevention Services | |
| ACA | American Correctional Association | |
| ACFR | Annual Comprehensive Financial Report | |
| ACH | Automated Clearning House (money moved electronically) | |
| ACMS | Advanced Communications and Motivational Strategies | |
| ADA | Americans with Disabilities Act | https://www.dol.gov/general/topic/disability/ada |
| ADP | Average Daily Population | |
| ADRC | Aging and Disability Resource Center | https://kdads.ks.gov/kdads-commissions/long-term-services-supports/aging-services/aging-and-disability-resource-centers |
| AECF | Annie E. Casey Foundation | |
| AED | Automated external defibrillator | |
| AFCARS | Adoption and Foster Care Analysis and Reporting System | |
| AFDC | Aid to Families with Dependent Children | |
| AG | Attorney General | https://www.ag.ks.gov/home |
| ALOS | Average Length of Stay | |
| AP | Aggressor potential OR Advaned Practice OR Accounts payable | |
| AR | Accounts Receivable OR Annual Report | |
| ARH | Administrative Restrictive Housing - This status is for juvenile offenders that are a safety and security risk that need to be restricted of certain privileges prior to a hearing. These JOs typically go to Restrictive Housing. | |
| ARP | Alternative response protocol | |
| ART | Aggression Replacement Training | |
| ASFA | Adoption and Safe Famillies Act | |
| ASR | Administrative segregation report | |
| ASS | Assistant Shift Supervisor | |
| AT | Activity Therapy | |
| ATD | Alternative to Detention | |
| ATO | Armed transport officer | |
| ATQ | Automatic Thoughts Questionnaire (Assessment) | |
| AWR | Account Withdraw Request | |
| BA | Behavior analysis OR Breathalyzer - breath test for alcohol | |
| Ballot Counting | The researcher gathers the research studies on a particular topic and then counts the number of studies that show or don't show some effect. | |
| BARJ | Balanced and Restorative Justice | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| BC | Birth certificate OR Behavioral Contract - A strict contract the juvenile offenders sign to address specific issues with their behavior. MH or the CCII will most often place the offender on this. | |
| BD | Behavior disability | |
| Behavior Chains | worksheets/tools used to identify risky situations, thoughts, feelings, and behaviors, followed by identifying pro-social replacement thoughts that could help lead to more positive outcome | |
| BHP | Behavioral Health Professional | |
| BI | Burns Institute OR Brain Injury | |
| BIA | Bureau of Indian Affairs | |
| BIP | Batterers Invention Program | |
| BIR | brief initial report | |
| Black Box | The content of the program is not specified; therefore, we do not know what the program is doing. | |
| BMS | Behavior Management System - This is the procedures that dictate the level system, good time, privileges, and incentives that the juvenile offenders receive. | |
| BO | Business objects - reports scheduler for crystal reports | |
| BOCC | Board of County Commissioners | |
| BPR | brief progress report | |
| BSRB | Behavioral Sciences Regulatory Board | |
| BTA | Basic Training Academy | |
| CA | Cocaine Anonymous | |
| CAC | Children's Advocacy Center, Community Advisory Committee | |
| CAP | Corrective Action Plan | |
| CASA | Court Appointed Special Advocate | |
| CASIMS | Community Agency Supervision Information Management System | |
| CBB | Consistent bad behavior | |
| CbS | Community-based Standards | |
| CBST | Community Based Services Team | |
| CC | Central Control - Control Center that opens doors for the facility and monitors all radio traffic OR Concurrent OR Community Corrections | |
| CC II | Corrections Counselor II | |
| CCCF | Check cashing change fund | |
| CCI | Corrections Counselor I | |
| CCP | Core Correctional Practices | |
| CD | Compact Disk | |
| CDC | Center for Disease Control | |
| CDDO | Community Developmental Disability Organization | |
| CDR | Cottage Daily Report | |
| CFR | Code of Federal Regulations | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| CHIP | Children's Health Insurance Program | |
| CHRI | Criminal History Records Information | |
| Chronic homeless | A person with a disability who lives either 1. in a place not meant for human habitation 2. a safe haven 3. in an emergency shelter  To meet the definition they must have lived that way for a continous 12 months or had AT LEAST 4 occassions in the last 3 years | |
| CI | Confidential Informant | |
| CIB | Central Inmate Banking | |
| CIBF | Correctional institutions buidling fund | |
| CINC | Child In Need of Care | |
| CINC/NAN | Child In Need of Care, Non-Abuse or Neglect | |
| CIP | Community Integration Program OR Construction in progress | |
| CIR | Critical Incident Reporting | |
| CISD | critical incident stress debrief | |
| CIT | Crisis Intervention Team | |
| CJCA | Council of Juvenile Correctional Administrators | |
| CL | Crisis Level - A prevention-based status given to  residents that are at risk of causing harm to themselves.  Staff will maintain close sight and sound supervision, at random intervals, with all statement and/or behaviors documented on the required log(s). | |
| CM | Case Management OR Case Manager OR Classification manager OR Critical monitoring | |
| CMHC | Community Mental Health Center | |
| CMS | Center for Medicaid Services | |
| CO | Central Office | |
| COA | Chart of accounts | |
| COI | Corrections Officer I | |
| COII | Corrections Office II | |
| CPA | Child Placing Agency | |
| CPC | Corretional Program Checklist | |
| CR | Crystal reports - software used to build and schedule reports outside of our data systems OR Conditional Release | |
| CRC | Cognitive Reflective Communications | |
| Criminogenic Needs | Needs directly linked to continued criminal behavior. They are dynamic risk indicators - when they change, so does the likelihood of criminal conduct (e.g. substance abuse). These are also dynamic risk factors. | |
| CRT | Crisis Resolution Team | |
| CS | Consecutive | |
| CS gas | Tear gas - o-chlorobenzylidene malonoitrile | |
| CSA | Community Supervision Agency | |
| CSAO | Community Supervision Agency Officer | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| CSE | Child Support Enforcement | |
| CSEC | Commerical Sexual Exploitation of a Child | |
| CSI | Corrections Supervisor I | |
| CSII | Corrections Supervisor II | |
| CSIII | Corrections Supervisor III | |
| CSO | Court Services officer | |
| CTC | Communities That Care | |
| CTW/RE | Contrary to Welfare/Reasonable Efforts | |
| CV | Condition violation | |
| CWCBS | Child Wefare Community Based Services | |
| CYPM | Crossover youth practice model | |
| DA | Disciplinary administrator | |
| DAR | Delegated Authroity request | |
| DAS | Dysfunctional Attitude Scale (Assessment) | |
| DCF | Division for Children and Families | http://www.dcf.ks.gov/Pages/default.aspx |
| DD | Direct Deposit OR Deputy Director | |
| DDY | Discretionary day | |
| DHHS | Department of Health and Human Services | |
| DISC | Division of Information Systems and Communications | |
| DMC | Disproportionate Minority Contact | |
| DNA | Deoxyribonucleic Acid | |
| DOB | Date of Birth OR Divison of Budget | |
| Domestic Violence Shelter | An emergency shelter that provides a safe, supportive and confidential enviorment for victims of abuse.  These shelters help victims survice the immediate crisis caused by leaving the abuser, while helping them to secure independent housing and financial stability | |
| DON | Director of Nursing | |
| DOP | Division of purchasing OR Director of Purchasing | |
| DP | Discharge Planner | |
| DR | Disciplinary Report - sed for a more serious infraction and is addressed through a formally structured hearing. | |
| DS | Disciplinary Segregation | |
| DSM | Diagnostic and Statistical Manual | |
| DSOC | Deputy Secretary of Corrections | |
| DT | defensive tactics | |
| DUS | Detention Utilization Study | |
| DV | Domestic Violence | |
| DVACK | Domestic Violence Association of Central Kansas | |
| DVD | Digital Video Disk | |
| DVRPC | Domestic Violence Response Program Coordinator | |
| DW | Deputy Warden | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| EAI | Enforcement Apprehension and Investigation | |
| EBP | Evidence Based Practices | |
| ECF | Ellsworth Correctional Facility | |
| ED | Emotional Disabilty | |
| EDCF | El Dorado Correctional Facility | |
| EDR | Early Discharge Request | |
| EEIF | Educational and Employment Information Form | |
| EEO | Equal Opportunity Employer | |
| EES | Economic and Employment Support | |
| EFT | Electronic Funds Transfer | |
| EMD | Electronic Monitoring Devices(s) | |
| Emergency Shelter | A facility that provides homelss persons with a basic shelter and essential supportive services | |
| EMU | Enhanced management unit | |
| Entitlement | A pattern of detrimental thinking. The criminal feels that since they have suffered (victim stance), they are entitled to be paid back by life. | |
| EPC | emergency preparedness coordinator | |
| EPIC | Employee Picture Information Center | |
| EPRD | Earliest Possible Release Date | |
| EPSDT | Early and Periodic Screening, Diagnosis and Treatment | |
| ERASOR | Estimate of Risk of Adolescent Sexual Offense Recidivism (Assessment) | |
| ERC | Employment Resource Center | |
| ERO | Executive Reorganization Order | |
| ESS | Employee self service | |
| Evidence | The results of a research study. | |
| F2F | Face to Face (Visits) | |
| FACTS | Family and Children Tracking System | |
| FAN | Final Action Notice | |
| FE | Frail and Elderly | |
| FEIN | Federal edmploer indentification number | |
| FERPA | The Federal Family Educational Right and Privacy Act | |
| FIT | Financial integirty team | |
| FMLA | Family and Medical Leave Act | |
| FMS | Facility maintenance supervisor | |
| FNOH | Final Notice of Hearing | |
| FOP | Faternal order of police | |
| FPER | Facility program experience record | |
| FS | food service | |
| FT | Family Transition | |
| FTE | Full time equivalent | |
| FTO | Field training officer | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| FVSL | Facility Victim Services Liaison | |
| FY | Fiscal Year | |
| GAAP | Generally accepted accounting principles | |
| GAL | Guardian Ad Litem | |
| GCMS | Gas chromatograpy mass spectrometry | |
| GED | General Educational Development | |
| GL | General Ledger | |
| GO | General Order | |
| GPS | global positioning system | |
| GR | Guidelines Release | |
| GT | Good time | |
| HCBS | Home and community based services | |
| HCF | Hutchinson Correctional Facility | |
| HIPAA | Health Insurance Portability and Accountability Act | |
| HO | Hearing Officer | |
| HR | Human Resources | |
| HRT | High Risk Transport OR Hostage Resuce Team | |
| HSA | Health Safety Administrator OR Health Services Administrator | |
| HSO | Health Services Office (also known as medical) | |
| HUD | Housing and Urban Development | |
| HWC | Handle With Care | |
| I/GS | Intervention/Graduated Sanctions | |
| IAP | incident action plan | |
| IBARS | Internet Budget and Reporting System | |
| IBF | Inmate Benefit Fund | |
| IC | Incident commander | |
| ICAOS | Interstate compant for adult offender supervision | |
| ICC | interstate corrections compact | |
| ICE | Immigration and Customs Enforcement | |
| ICJ | Interstate Compact for Juveniles | |
| ICPC | Interstate Compact on the Placement of Children | |
| ICS | Incident command systems | |
| ICSC | Incident command systems for corrections | |
| ID | Identification | |
| IDD | Intellectual and developmentally disabled | |
| IEP | Individualized Education Plan | |
| IFB | Invitation for Bid | |
| IFR | Improving Family Relationships | |
| III | Interstate Identification Index | |
| IL | Independent Living | |
| IMD | Institute for Mental Disease | |
| IMPP | Internal Management Policy and Procedures | |
| IMU | Intensive Management Unit | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| **Listed below are the most common acronyms and terms with a web address, where available** | | |
| **Please email kdoc_pub@ks.gov with any updates or changes** | | |
| **SIGNIFIES MULTIPLE USES** | | |
| Intake Measures | Measures built into the plan so that an evaluator can later identify whether the program "got" the right people and that these people did have the identified criminogenic needs. | |
| IP | Intervention Plan | |
| IPA | inmate program agreement | |
| IPBA | In Program Behavioral Assessment | |
| IPO | Instiutional parole officer | |
| IPP | inmate program plan | |
| IR | Incident Report | |
| ISO | Intensive supervision officer | |
| IT | Information Technology | |
| JABG | Juvenile Accountability Block Grant | |
| JAIBG | Juvenile Accountability Incentive Block Grants | |
| JCAB | Juvenile Corrections Advisory Board | |
| JCEC | Juvenile Crime Enforcement Coalition | |
| JCF | Juvenile Correctional Facility | |
| JCFS | Juvenile Correctional Facility System (replaced with Athena) | |
| JCO | Juvenile Corrections Officer | |
| JD | Judicial District | |
| JDAI | Juenile Detention Alternatives Initiative | |
| JDC | Juvenile Detention Center | |
| JE | Journal Entry | |
| JIAS | Juvenile Intake and Assessment System | |
| JISP | Juvenile Intensive Supervision Probation | |
| JJA | Juvenile Justice Authority | |
| JJAIMS | Legacy juvenile system | |
| JJFC | Juvenile Justice Foster Care | |
| JJIAMS | Juvenile Justice Intake and Assessment Management System | |
| JJIS | Juvenile Justice Information System | |
| JO | Juvenile Offender | |
| JR | Job Readiness | |
| JRAS | Juvenile Risk Assessmsent Scale (Assessment) | |
| JS | Juvenile Services | |
| JSOAP | Juvenile Sex Offender Assessment Protocol (Assessment) | |
| JTPA | Job Training Partnership Act | |
| KA | Known Aggressor | |
| KACP | Kansas Association of Chiefs of Police | |
| KAG | Kansas Advisory Group | |
| KAR | Kansas Administrative Regulation | |
| KASPER | Kansas Adult supervised population electronic respository | https://kdocrepository.doc.ks.gov/kasper/search/disclaimer |
| KBH | Kan-Be-Healthy | |
| KBI | Kansas Bureau of Investigation | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| KCA | Kansas Correctional Association | |
| KCI | Kansas Correctional Industries | |
| KCJIS | Kansas Criminal Justice Informaiton System | |
| KCSL | Kansas Children's Service League | |
| KDADS | Kansas Department for Aging and Disability Services | https://kdads.ks.gov/home |
| KDHE | Kansas Department of Health and Environment | https://www.kdheks.gov/ |
| KDOC | Kansas Department of Corrections | www.doc.ks.gov |
| KDRS | Kansas Debt Recovery System | |
| KGIA | Kansas Gang Investigators Association | |
| KGS | Kansas Gas Service | |
| KHP | Kansas Highway Patrol | |
| KHPA | Kansas Health Policy Authority | |
| KHS | Kansas Health Solutions | |
| KIBRS | Kansas Incident Based Reporting System | |
| KJCC (KJ) | Kansas Juvenile Correctional Complex | |
| KJJIS | Kansas Juvenile Justice Incident System | |
| KLER | Kansas Law Enforcement Reporting | |
| KLETC | Kansas Law Enforcement Training Center | |
| KNOA | Kansas Narcotic Officers Association | |
| KOR3P | Kansas Offender risk reduction and reentry | |
| KOSE | Kansas organization of state employees | |
| KPERS | Kansas public employee retirement system | |
| KPRC | Kansas Protection Reporting Center | |
| KSA | Kansas Statutes Annotated | |
| KSAR | Kansas Standard Arrest Report | |
| KSOR | Kansas Standards Offense Report | |
| KTOP | Kansas Treasury offset program | |
| KYA | Kansas Youth Authority | |
| LASO | Local agency security officer | |
| LBSW | Licensed Bachelor of Social Work | |
| LCF | Lansing Correctional Facility | |
| LCMHF | Larned Correctional Mental Health Facility | |
| LD | Learning Disability | |
| LEO | Law Enforcement Officer | |
| LGHS | Lawrence-Gardner High School | |
| LGTC | Loss of good time | |
| Literally homeless | Living situations in which an individual or family lacks fixed, regular and adequate nighttime residence; 1. primary residence is not meant for human habilation 2. living in a public or private shelter 3. exiting an institution where they have resided for 90 days or less AND who resided in an emergency shelter or place not meant for human habitation immediately prior to entering the institution | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| Literature Review | The most common method for reviewing research. Using this approach, the researcher reads the studies that are available on a topic and then summarizes the major conclusions from that body of research. | |
| LMHP | Licensed Mental Health Professional | |
| LMS | Learning Management System | |
| LMSW | Licensed Master Social Worker | |
| LOS | Length of Stay, Level of Service | |
| LPA | Legislative Post Audit | |
| LS-CMI | Level of Service - Case Management Inventory | |
| LSIR | Level of Service Inventory - Revised | |
| LTM | Long term medical | |
| LU | Living Unit | |
| LUO | Living unit officer | |
| LUS | Living unit supervisor | |
| M4S | Mentoring for Success | |
| MACI | Million Adolescent Clinical Inventory (Assessment) | |
| MAX | Maximum custody | |
| MAYSI | Massachusetts Youth Screening Instrument (Assessment) | |
| MCO | Managed Care Organization | |
| MDT | Multi Disciplinary Team | |
| Mean | term for average | |
| MED | Medium custody | |
| Median | middle number, or average of tied two middle numbers | |
| Meta-Analysis | This approach uses a quantitative statistical synthesis of research findings in a body of literature. Meta-analysis computes the "effect size" between the treatment and the outcome variable. | |
| MH | Mental Health | |
| MI | Motivational Interviewing | |
| MIN | Minimum custody | |
| MMIS | Medicaid Management Information System | |
| MOA | Memorandum of Agreement | |
| Mode | most common number in the data | |
| MOSAIC | Management of Sex Offenders Across Integrated Communities (Grant) | |
| MOU | Memorandum of Understanding | |
| MRA | More restricted area | |
| MRT | Moral Recognition Therapy | |
| MSDS | Material Data Safety sheet | |
| MST | Multi-Systemic Therapy | |
| NCCD | National Council on Crime and Delinquency | |
| NCCER | National Center for Construction Education Research | |
| NCF | Norton Correctional Facility | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| NCIC | National Crime Information Center | |
| NCJFCJ | National Council of Juvenile/Family Court Judges | |
| NCJRS | National Criminal Justice Reference Service | |
| NDA | Non-Disclosure Agreement | |
| Needs Principle | The needs principle recognizes that in order to reduce recidivism, we must treat the criminogenic needs, or the predictors of criminal behavior. | |
| NFMH | Nursing Facilty for Mental Health | |
| NH | Nursing Home | |
| NIBRS | National Incident Based Reporting System | |
| NIC | National Institute of Corrections | |
| NIDA | National Institute on Drug Abuse | |
| NIMS | National incident management system | |
| NOH | Notice of Hearing | |
| NPLH | No Place Like Home (Grant) | |
| NPR | Northern Parole Region | |
| NRCT | Natural Response Control Tactics | |
| NYTD | National Youth in Transition Database | |
| OC | Office Contacts | |
| OC Spray | Pepper spray - oleoresin capsicum | |
| OCF | Oswego Correctional Facility | |
| OEM | Original equipment manufacturer | |
| OIC | Officer in Charge | |
| OJA | Office of Judicial Administration | |
| OJJDP | Office of Juvenile Justice and Delinquency Prevention | |
| OJT | On the job training | |
| OKP | Only Known Provider | |
| OMIS | Offender management information system | |
| OOA | Order of Appearance | |
| OPPLA | Other Planned Permanent Living Arrangement | |
| OSL | Operational staffing level | |
| OSR | Other Security Risk | |
| OT | Overtime | |
| OTC | Out to court | |
| Outcome Evaluations | The evaluations of whether clients have changed after they have gone through the intervention(s). | |
| OVS | Office of Victim Services | |
| OWDS | Offender Workforce Development Specialist | |
| P2P | Peer to Peer | |
| PA | Prior Authorization | |
| PACT | Positive Achievement Change Tool (Assessment) | |
| PAG | Provider Advisory Group | |
| PAHP | Pre-paid Ambulatory Health Plan | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| PBA | Procurement business administration | |
| PBB | Performance based budgeting | |
| PBS | Performance Based Standards | |
| PC | Protective Custody - resident request to be put on this status because they feel threatened by other residents.  Must be reviewed/approved by Warden/Superintendent. | |
| PCI | Program Consultant I | |
| PCII | Program Consultant II | |
| PCIR | protective custody incident report | |
| PCM | Policy compliance manager OR PREA Compliance Manager | |
| PCS | Public Comment Session - open hearing to review comments in opposition or support of an offender's release from prison | |
| PD | Physical Disability OR Parole Director | |
| PDI | Pre Disposition Report | |
| PE | Parole Eligibility | |
| Permanent supporitve housing | A program that offers persons who are literally homeless with a disabling conditions subsidize permanent hosuing and wraparound supportive services. | |
| PH | Preliminary Hearing | |
| PHD | Pre-Hearing Detention | |
| PIHP | Pre-paid In-patient Health Plan | |
| PIO | public information officer | |
| PIP/WER | Privileges and Incentives Program/Weekly Expectation Review | |
| PMC | Program management committee | |
| PMIB | Pooled money investment board | |
| PMP | Performance management plan | |
| PNC | Procurement negoitiating committee | |
| PO | Purchase Order | |
| POD | Purpose of Detention | |
| POP | short for "population" | |
| POSIT | Problem Oriented Screening Instrument for Teenagers (Assessment) | |
| POV | Privately owned vehicle | |
| PP | Permanent Party | |
| PPC | Police Protective Custody | |
| PPS | Prevention and Protection Services OR Physical Plant Supervisor | |
| PR | Purchase Requisition OR Post Release | |
| PRB | Prisoner Review Board | |
| PREA | Prison Rape Elimination Act | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| Precariously Housed | Living situations in which an individual or family lacks stable hosuing, often doublling up with friends or family without having resources needed to leave, living day to day in motels for which they are payiny and/or having a history of frequent moves/evictions due to low income or lack of resources | |
| Process Evaluations | The evaluations of what is going on in the organization/agency during the intervention(s). | |
| PROD | short for "production", which is the live/operational version of a system/application | |
| Program credit | facility residents who meet criteria per state statute and IMPP can earn up to120 days off their incarceration time by successfully completing an eligible risk reduction program. | |
| Program Drift | Program Drift is a situation where a program changes so much over time that it no longer looks like the original program model. This is caused by staff who modify the original manual or program design and is more likely in situations where groups are not supervised or monitored over time. | |
| PRT | Primary Restraint Technique | |
| PRTF | Psychiatric Residential Treatment Facility | |
| PS | Parole Supervisor | |
| PSI | Pre Sentence Investigation | |
| PTF | Prevention Trust Fund | |
| PV | Parole Violator OR Private vehicle | |
| PVSL | Parole Victim Serivces Liaison | |
| QA | Quality Assurance | |
| QRS | Quarterly Reporting System | |
| R3 | Risk Reduction and Reentry | |
| R3C | R3 (Reentry) Coordinator | |
| RADAC | Regional Alcohol and Drug Assessment Center | |
| RAI | Risk Assessment Instrument | |
| Rapid Rehousing | A permanent housing program that offers time-limited rental assistance and supportive services to individuals and families who are literally homeless. | |
| RDU | Reception and Diagnostic Unit | |
| Recidivism | The tendency of a convicted person to reoffend (criminal relapse). | |
| Rehabilitation | A change in the behavior of the offender produced by interventions or services. | |
| Responsivity Principle | The responsivity principle states that styles and modes of service must be matched to the learning styles and abilities of the offender. | |
| RFC | Return from court | |
| RFP | Request For Proposal | |
| RFQ | Request for Quote | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| RH | Revocation Hearing | |
| RH(U) | Restrictive Housing (Unit) - Speciality unit used to house offenders who are an immediate security risk to tthemselves, others or the facility | |
| RHRB | Restrictive Housing Review Board | |
| RHU | Restricted Housing Unit | |
| Righteous Rage | A pattern of detrimental thinking. The criminal responds angrily to anything they interpret as opposing what they want for themselves. Anger is a major way of controlling people and situations. | |
| Risk | The probability of reoffending. | |
| Risk Assessment | Assessment instruments are designed to predict future offending. There are three generations of risk assessment. In the first generation, the staff makes general predictions or global type assessments about the offender. Second generation differs in that the risk assessment instrument used is static, empirically based, and validated. The third generation is virtually the same as the second except that the risk assessment instrument used is both static and dynamic (changeable). | |
| Risk Principle | The intensity of intervention should correspond with recidivism risk. The higher the risk, the greater the intensity of intervention called for. | |
| ROFW | Reaching out from within | |
| ROP | Restriction of Privleges | |
| RRR | Religious resource room | |
| RRT | Rapid Response Team | |
| RTC | Restricted to cell | |
| SA | Special Agent | |
| SA | Substance Abuse | |
| SACK | Substance abuse center of Kansas | |
| SAIR | Sexual Abuse Incident Reviews | |
| SAM | Staging area manager | |
| SAMHSA | Substance Abuse and Mental Health Services Administration | |
| SANE | Sexual assault nurse examiner | |
| SAP | Substance Abuse Program | |
| SAS | Special agent supervisor | |
| SASSI | Substance Abuse Subtle Screening Inventory (Assessment) | |
| SDD | Sentence Discharge Date | |
| Section 8 Housing (Housing Choice Voucher) | This voucher choice program is the federal government's major program for assisting very low income families, elderly and the disables to afford decent, safe and sanitary hosuing it the private market. | |
| SED | Severely Emotionally Disturbed | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| Service Delivery Measures | Process measures describe what the staff did and whether or not they administered the program as intended. They are about the program and its services. | |
| SGF | State General Funds | |
| SIRB | serious incident review board | |
| SISI | Suspicious Incidents in State Institution | |
| SIT | strategic implementation teams | |
| SJ | Summary Judgment - A less formal disciplinary process between staff and a resident.  It's a short, simple process designed to immediately make a residnet accountable for his/her behavior. | |
| SLC | Spiritual life center | |
| SMART | Statewide management, accounting & reporting tool | |
| SMI | Serious Mental illness | |
| SMU | special management unit | |
| SO | Sex offender | |
| SOAR | Successful Outcome Achieving Reentry (Grant) | |
| SOC | State of Charges OR Secretary of Corrections | |
| SOP | Sex Offender Program OR Standard Operating Procedure | |
| SORB | Sexual offending and/or related behaviors | |
| SORNA | Sex Offender Registration and Notification Act | |
| SORT | Special operations and response team | |
| SPMI | Severe and Persistent Mental Illness | |
| SPR | Southern Parole Region | |
| SPSS | Statistical package for the social sciences, general software used for report building | |
| SQL | Structured Query Language - programming language used to pull datea from relational databases | |
| SRA | Shift rearragement | |
| SS | Shift Supervisor | |
| SSA | Social Security Administration | |
| SSC | Social Security Card | |
| SSDI | Social security disability income | |
| SSI | Supplemental Security Income | |
| SSN | Social Security Number | |
| SSO | Special Security Order | |
| SST | Special security team | |
| STAR | Success Through Achieving Reintigration (Grant) | |
| STG | security threat group | |
| Success Plan | as part of SOP and SAP, participants complete what was previously called a "relapse prevention plan." It includes identified risks, supports, and coping strategies they plan to utilize moving forward. | |
| SUD | Substance Abuse Disorder | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| SW | Student Worker | |
| T4C | Thinking For a Change | |
| TA | Technology Assisstance | |
| TAF | Temporary Assistance to Families | |
| TANF | Temporary Assistance for Needy Families | |
| TAT | Technical Assistance Teleconference | |
| TBI | Traumatic Brain Injury | |
| TCF | Topeka Correctional Facility | |
| TFI | The Farm, Inc. | |
| Thinking Report | worksheets/tools used to identify risky situations, thoughts, feelings, and behaviors, followed by identifying pro-social replacement thoughts that could help lead to more positive outcomes. | |
| TIN | d | |
| TLP | Transitional Living Program | |
| TOADS | Total offender management activity documentation system | |
| TOT | training of trainers | |
| Transitional housing program | A program aimed to help homeless individuals and families makes the transition from homelessness to more independent living. | |
| TRU | Therapeutic reintegration unit | |
| TTM | Transitional Team meeting | |
| UA | Urine Analysis | |
| UAT | User acceptance testing - a test system built/created to test out various scenarios/requirements of a new system during development | |
| UDR | Unit Daily Report | |
| UN | Unrestricted resident | |
| UOF | Use of force | |
| UTM | Unit Team Manager | |
| UTS | Unit Team Supervisor | |
| VA | Veterans administration | |
| VAWA | Violence Against Women Act | |
| VI | Victim incarcerated | |
| VIC | Victim impact statement | |
| VNC | Victim Notification Coordinator | |
| VOD | Victim/Offender dialogue | |
| VP | Victim potential | |
| VR | Verbal Reprimand OR Violation Report or Vocational rehabilitation | |
| VSD | Victim Services Director | |
| VSDD | Victim Serivices Deputy Director | |
| VSL | Victim Services Liaison | |
| VSLS | Victim Services Liaison Supervisor | |
| WASI | Wechsler Abbreviated Scale of Intelligence (Assessment) | |

| KDOC Acronyms and Specialized Terms | | |
|---|---|---|
| Listed below are the most common acronyms and terms with a web address, where available | | |
| Please email kdoc_pub@ks.gov with any updates or changes | | |
| SIGNIFIES MULTIPLE USES | | |
| WCF | Winfield Correctional Facility | |
| WER | Weekly Expectation Review | |
| WRS | Work release database | |
| WWRF | Wichita Work Release Facility | |
| YASI | Youth Assessment and Screening Instrument (Assessment) | |
| YLS/CMI | Youthful Level of Service/Case Management Inventory (Assessment) | |
| YRC | Youth Residential Center | |