### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KENNETH D. LEEK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.            ) | Case. No. 21-3100-SAC-ADM |
| ) | |
| **KATHRYN A. ANDROSKI,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF JAMES SKIDMORE

I, James Skidmore, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I have been the deputy warden of operations at Lansing Correctional Facility (LCF) since July 2020.

2. As deputy warden of operations, I oversee security operations at LCF. This includes making sure shifts for security staff are filled, making sure security policies are in place and followed, coordinating staff development and training, and taking care of the physical plant through overseeing maintenance of mechanical devices such as toilets and locks.

### Policies and Procedures

3. I attest that LCF has been following and currently follows the following Kansas Department of Corrections (KDOC) Internal Management Policies and Procedures (IMPP's) relevant to this case: 10-101A, 10-142D, 20-101A, 20-104A, and 20-105A.

4. I attest that LCF has been following and currently follows the LCF General Order (GO) 10-105.

5. I also attest that LCF has been following and currently follows at least the security aspects of LCF GO 21-101. I am not directly involved in other aspects of that GO.

### Long Term Restrictive Housing

6. On March 30, 2021, LCF opened a new unit called the Long Term Restrictive Housing (LTRH) unit.

7. The LTRH unit is meant to house the worst of the worst offenders who have shown they are a danger to the safety and security of the facility. They are often leaders of security threat groups or they have committed behaviors such as battering staff, smuggling contraband, or lewd acts.

8. The LTRH unit has a rehabilitative goal to eventually return the inmates to general population after an initial term of at least a year.

9. Other Restrictive Housing (RH) at LCF is relatively short-term in comparison. Inmates can be placed in RH for reasons including disciplinary segregation (limited to 15 days), protective custody, active investigation, other security risk, and consistent bad behavior.

10. Most RH units at LCF limit interactions of RH residents with other individuals primarily to prevent violence and contraband, but also to prevent dangerous communications that could be used to coordinate security threats.

11. The purpose of the LTRH unit is largely to cut down further on communications so the LTRH residents cannot coordinate security threats (such as calling in hits on other inmates or staff) and to cut down further on contraband. In other words, compared to

other RH units at LCF, the LTRH unit has an increased emphasis on preventing dangerous communications that could be used to coordinate security threats and on preventing contraband.

12. The LTRH unit is highly secure. All staff allowed in the LTRH unit must be screened by the Enforcement Apprehension and Investigation division, with approval granted by myself as deputy warden of operations or by my designee.

13. All LTRH residents are placed on a "readable mail" list, which means security staff can read the resident's mail (other than legal mail) to make sure orders regarding violence or contraband cannot pass between security threat group leaders and general population residents.

14. Access is limited to the change/move sheet for the LTRH unit so that general population residents that deliver meals do not know where certain people are assigned. This prevents the passing of information and contraband.

15. Communication with visitors is limited to video meetings for LTRH residents.

16. Communication is also limited between the residents within the LTRH unit.

17. The phrase "Special Management" generally refers to RH. It can also refer to a crisis-level placement, such as when an inmate poses a heightened risk of self-harm.

18. Because of the heightened risks associated with RH residents, they must be handcuffed when transported. They use caged showers, have caged yard time, and must be in chair restraints when in any classes.

### Library Restrictions for Inmates in Restrictive Housing

19. Physical library access is not allowed for inmates in RH to prevent violent incidents and to prevent dangerous communications.

20. Hardcover books are not allowed in RH units because inmates can easily hide contraband or messages in the bindings of the books, use the books as bludgeoning weapons, or even make makeshift body armor out of them.

21. Paperback books are allowed in RH, although limited in number per inmate.

22. Paperwork limits apply to inmates in RH. One reason is to help prevent contraband. A large quantity of paper makes contraband easier to hide and to get past inspections.

23. Inmates have even used paper before to create shelving with secret compartments in which to hide contraband.

24. Around early 2020, "saturated paper" started becoming a problem for Kansas prisons. Saturated paper refers to paper saturated with illicit drugs, which is a contraband issue that is very difficult to detect. Paperwork limits help reduce the risk of saturated paper.

25. Large amounts of paper would pose a fire hazard. Sometimes inmates try to set fires in their cells. Paperwork limits help reduce the risk of fire hazards and arson.

26. Paperwork limits also help reduce the amount of trash and clutter in cells.

27. Inmates sometimes use paper to obscure cell windows and cell lights, reducing staff's visibility into the cell. Paperwork limits help avoid this security issue.

28. Exceptions to the paperwork limits could be granted by facility attorneys based on the demands and deadlines of an inmate's active court cases.

29. Partner research is generally not allowed for RH residents to prevent dangerous communications.

30. When Leek requested for another resident to help him with legal work it was denied to prevent communication with other residents as an attempt to introduce contraband or pass on security threat group information.

31. Library staff is not licensed to practice law and therefore requests for assistance in locating cases or other legal resources are referred to Legal Services for Prisoners.

32. Inmates can also make Kansas Open Records Act requests, which are handled by LCF's Public Information Officer.

33. In 2022, LexisNexis was made available on tablets that can be checked out by inmates in RH.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2022.

James Skidmore
Deputy Warden of Operations, Lansing
Correctional Facility
Kansas Department of Corrections

.