IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH LEEK, )
      Plaintiff, )
)  Case. No. 21-CV-03100-SAC
)
KATHRYN A. ANDROSKI, et al, )
      Defendants. )
)
_____)

**DECLARATION OF JOEL HRABE**

I, Joel Hrabe, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above entitled matter.

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as the Deputy Secretary of Facility Management.

2. I am familiar with the procedures for managing and housing restrictive housing residents ("RH residents"), including access to legal materials. These procedures are outlined in IMPP 10-107.

3. The KDOC provides general population residents with access to legal research materials by, among other things, providing access to LexisNexis on desktop computers in the library. The annual expense of providing LexisNexis on desktop computers (which all general population residents can access) is billed on a per-console basis, or $57,350 annually. The cost of providing access to LexisNexis on tablets is billed on a mandatory per-resident basis. With the

Department having an average 10,400 residents at the time the contract was bid, the cost was prohibitive at more than approximately $114,000 annually.

4. In 2022, KDOC began making changes to the management and housing of RH residents. As part of those efforts, KDOC obtained 18 tablets for the exclusive purpose of granting RH residents access to LexisNexis.

5. With access to LexisNexis now available to RH residents on tablets, RH residents have the same time to conduct legal research and the ability to request copies of case law and other materials as general population residents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2022.

_____
Joel Hrabe
Deputy Secretary of Facility Management
Kansas Department of Corrections