# KANSAS DEPARTMENT OF CORRECTIONS

| | **Internal Management Policy and Procedure** | SECTION NUMBER<br><br>10-101A | PAGE NUMBER<br><br>1 of 5 |
|---|---|---|---|
| Kansas Department of Corrections | | **PROGRAMS AND SERVICES: Offender Programs and Services** | |
| **Approved By:**<br><br>*[signature]*<br><br>Secretary of Corrections | | Original Date Issued: 08-12-16 | |
| | | Replaces Version Issued: N/A | |
| | | **CURRENT VERSION EFFECTIVE:** 08-12-16 | |

| **APPLICABILITY:** | **X** ADULT Operations Only | ☐ JUVENILE Operations Only | ☐ DEPARTMENT-WIDE |
|---|---|---|---|

## POLICY STATEMENT

As funding allows, The Department shall offer a variety of offender programs and services directed at reducing the offender's overall level of risk.

Programs and/or services for offenders with special needs shall be available within departmental facilities; offenders on post-incarceration supervision shall be assisted and provided guidance in obtaining community services for specific problems by the supervising parole officer. Those services and programs provided to the offender population shall be evidenced-based and, to the extent possible, be substantially equivalent to prevailing community standards for similar activities. The use of contractual agreements and volunteers in providing direct services to offenders shall be considered and utilized when determined feasible to enhance the Department's programs and services. All programs and services may not be available at each facility or parole region.

## DEFINITIONS

Formative evaluation data (also referred to as process evaluation data): Data collected during or immediately following an event, e.g., taking a test in an academic class, which is used to measure immediate results and make technical adjustments.

Post-incarceration supervision: The supervision of offenders for any type of release from a KDOC facility, to include release to parole, conditional release, and post-release supervision.

Program/Service: Required or voluntary activities and/or instruction directed toward the advancement of education, employment skills, cognitive behavioral skills, mental health, continuum of care, or other skills or services needed to address risk/need areas or transitional needs, which are ultimately intended to contribute to facility management to reduce the risk of the offender reoffending and to assist the offender in leading a law-abiding lifestyle.

Required Program/Services: Programs/Service in which offender non-participation is punishable through disciplinary or revocation action.

Special needs offender:  An offender who: is mentally retarded or has a physical handicap, diagnosed mental illness, terminal illness, contagious disease, or geriatric needs; is a substance abuser or addict; or who poses a high-risk or requires protective custody.

Summative evaluation data (also referred to as outcome evaluation data):  Data collected some time following an event, e.g., classroom instruction, which is intended to measure the ultimate outcome of the program and used to adjust the program as a whole.

Voluntary Programs/Services:  Programs/Service in which offender participation may be encouraged but non-participation is not punishable through disciplinary or revocation action.

**PROCEDURES**

**I.    Provision of Programs and Services**

    A.  The System Management Team shall ensure, as funding permits, that the following programs and services are established and maintained, are evidence-based, and are implemented with fidelity:

        1.   Academic education;

        2.   Special education;

        3.   Vocational education and guidance;

        4.   Mental health counseling and treatment; including discharge planning for special needs offenders;

        5.   Substance abuse treatment;

            a.  The continuum of services offered may include, but not necessarily be restricted to, admission screening, residential treatment, intensive outpatient treatment, relapse prevention services, reintegration services, aftercare services, and self-help programs.

        6.   Sexual offender treatment;

        7.   Religion;

        8.   Health services;

        9.   Library services;

        10.  Recreation and leisure time activities;

        11.  Visitation;

        12.  Canteen services;

        13.  Access to telephone service;

        14.  Mail service;

        15.  Support groups, clubs, and organizations;

        16.  Pre-release instruction and job placement;

      17.    Work release;

      18.    Crisis intervention assistance;

      19.    Employment assistance;

      20.    Cognitive behavioral skills (Thinking for a Change) classes;

      21.    Job readiness (OWDS model) classes;

      22.    Pre-treatment classes for substance abuse treatment;

      23.    Tenant Responsibility classes;

      24.    Classes addressing other domains, including financial, leisure time, and family/marital where available;

      25.    Connections to services and resources in preparation for reentry and upon reentry; and

      26.    Case management for reentry plans and housing plans.

E.    The Deputy Secretaries, Director of Reentry and other managers of the KDOC shall work together to advance the goals of recidivism reduction, reentry, risk management, and all of the provisions of this policy.

**II.    Evaluation and Review of Programs and Services**

A.    System Management Team will collaborate to develop resources to enable the collection and analysis of data to determine the fidelity of processes and impacts related to programs and services, and to secure independent evaluations of processes and impacts of programs and services.

**III.    Proposals for Initiation, Modification, or Termination of Programs and Services**

A.    Any program or service implemented should be reviewed per IMPP 10-137 to ensure it is evidence based, and a plan should be included for quality assurance.

**IV.    Web-based Program Tracking**

A.    Program tracking and Program Evaluation

      1.    Facility staff delivering risk reduction programs and services (or other support staff as designated) shall enter inmate program tracking records (entry and exit) into the Department's web-based system. These entries will periodically be reviewed to determine:

            a.    Rates at which offenders with risk/need areas receive programs/services addressing them;

            b.    Rates at which offenders complete programs/services;

            c.    Rates at which offenders stop participating in programs or are removed from programs/services due to transfers or medical/mental health reasons, or due to reaching maximum benefit; and

            d.    Impact of the programs/services through research and evaluation.

2. Program/service providers and other support staff designated to make entries shall ensure the timeliness and accuracy of data entry.

   a. Program entry dates, termination dates/types shall be entered on the same date of the event whenever possible but no later than three (3) working days from the event.

3. Program/service providers shall participate in invited program performance reviews as scheduled. Participation may include contractor/service provider providing statistical data regarding performance, attendance, etc.

4. Program/service providers shall participate in discussions to determine data reporting/tracking requirements and collect and report such data.

5. Program/service providers in parole shall have an internal data collection/program evaluation process in place for community programming separate from the web-based Program Tracking.

6. Upon realizing that the offender is absent due to court or other potentially temporary circumstance, program/service providers should make contact with the offender's counselor (or parole officer, if in community) to determine how long the offender will be gone and develop a plan to get him/her caught up upon their return.

7. Whenever possible, the offender's counselor (or parole officer, if in community) should notify the program/service provider when an offender's status changes resulting in missed group sessions or appointments with the program/service provider.

B. Termination Reasons

1. The termination reasons identified at the following link shall be used: https://offenderprogramtracking.doc.ks.gov/offenderProgramTracking/home/index.

   a. When completing goodtime awards, the termination reason shall be considered rather than the termination type or code. Removal from a program due to the inmate's negative behavior or their refusal to enter and/or participate may result in withholding of 100% goodtime available during that award period.

   b. For SOTP, removal from a program due to the inmate's negative behavior or their refusal to enter and/or participate shall cause 100% withholding of goodtime until the inmate has entered/re-entered the program or has been relieved from attending the program through the override process.

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them.  They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties.  Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards.  Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

**REPORTS REQUIRED**

None

**REFERENCES**

K.S.A. 75-5210(a)
IMPP 07-102, 10-108, 10-124D, 10-137
https://offenderprogramtracking.doc.ks.gov/offenderProgramTracking/home/index

**ATTACHMENTS**

None