# KANSAS DEPARTMENT OF CORRECTIONS

| | **INTERNAL MANAGEMENT POLICY AND PROCEDURE** | **SECTION NUMBER** 10-107 | **PAGE NUMBER** 1 of 3 |
|---|---|---|---|
| KDOC Serving Kansas | | **SUBJECT:** PROGRAMS AND SERVICES: Library Facilities, Holdings, and Services | |
| **Approved By:** [signature] **Acting Secretary of Corrections** | | **Original Date Issued:** 08-15-82 | |
| | | **Current Amendment Effective:** 11-07-02 | |
| | | **Replaces Amendment Issued:** 01-07-01 | |
| **Reissued By:** [signature] **Policy & Procedure Coordinator** | | The substantive content of this IMPP has been reissued as per the appropriate provisions of IMPP 01-101. The only modifications within the reissue of this document concern technical revisions of a non substantive nature. **Date Reissued:** 01-07-11 | |

**POLICY**

To provide for the rehabilitation interests, access to court materials, and to provide positive activity, each facility shall maintain and/or provide access to library resources and services to allow inmates an appropriate range of religious, educational, vocational, recreational, and legal material. (ACI 3-4423)

Library materials shall be selected to meet the educational, informational, and recreational needs of the inmate population. (ACI 3-4450)  Procedures shall be established to ensure the availability of a reference collection containing general and specialized material, with the planned and continuous acquisition of materials to meet the needs of staff and inmates. (ACI 3-4447)  Facilities shall establish procedures for participation in interlibrary loan programs and coordination with local libraries to supplement the materials available through the library. (ACI 3-4451)

Access to the library facilities and/or library services shall be available daily, including evenings and weekends.  When restrictions are necessary for the safe and secure operation of the facility, procedures shall provide for access to library services for all inmates, including access to legal materials and reading materials for inmates in segregation. (ACI 3-4256; 3-4257)  The hours of availability and procedures to access the library services shall be made available to all inmates.

Library services shall be coordinated and supervised by qualified staff assisted by a person with a master of library science who shall be responsible to provide training for all library staff. (ACI 3-4448; 3-4449)  Procedures shall be developed to provide for the selection, training, and use of volunteer and/or inmate library assistants. (ACI 3-4453)

Neither inmate patrons of a library nor inmate library assistants shall be permitted either INTERNET access or access to devices affording INTERNET access.

**DEFINITIONS**

Access:  Ability to enter into and/or use the facility, equipment, or environmental surroundings of the library and its holdings, or the means by which library services and materials are made available.

Comprehensive library resources:  Materials and services that include a reference collection containing general and specialized materials to meet the education, informational, and recreational needs of the inmate population.

Library services:  Assistance provided by the library staff in locating books, documents, or reference materials either within the library holdings or through outside resources.

**PROCEDURES**

I.  **Access to Library Services**

    A.  Library services shall be accessible daily, including evenings and weekends. (ACI 3-4452)

        1.  Hours of operation shall be posted.

    B.  In facility areas where direct access to the library is restricted due to security or other considerations (administrative and disciplinary segregation, infirmary, etc.), provisions shall be made to provide inmates an opportunity to have access to legal reference materials and to borrow reading materials from the facility library. (ACI 3-4256; 3-4257; 3-4261; 3-4264)

II. **Law Library**

    A.  Each facility shall establish space within the facility or otherwise provide access to:

        1.  State and federal constitutions;

        2.  State statutes and decisions;

        3.  Procedural rules and decisions and related commentaries;

        4.  Federal case law materials;

        5.  Court rules and practice treatises;

        6.  Selected legal periodicals and indexes;

        7.  KDOC Inmate Rule Book;

        8.  IMPPs and general orders which are not restricted to staff use only; and,

        9.  Regulations of the Secretary (two copies).

    B.  The management and control of legal materials shall be established by orders of the warden.

III. **Religious Reading**

    A.  One or more copies of the Bible or the main texts of other religious doctrines shall be either maintained in the religious reading section of the library, or made available by other means.  Such copies may be made available for inmates to check out, for a limited time, according to library procedures.

    B.  Other religious materials may be made available, but may be limited in numbers and amounts.

    C.  Any religious material in the religious reading section of the library shall be approved by the facility chaplain or warden's designee, per IMPP 10-110.

IV. **General Orders**

    A.  Facility general orders shall provide for:

        1.  Selection, training, and use of inmates as library assistants. (ACI 3-4453)

  2. Control of holdings and supervision of library area.

  3. A description of library services, holdings availability, general access information, and possession limits.

  4. Principles, purpose, and criterion used in the selection and maintenance of library materials. (ACI 3-4450)

    a. Procedures for the assessment of inmate interest, recommendations by program staff to support academic, vocational, or self-help topics, etc., shall be included.

  5. Access to supplies, services, and assistance in legal matters.

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities who are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to either employees, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS REQUIRED

None.

## REFERENCES

K.A.R. 4-7-113, 44-12-701
ACO 2-5F-01
IMPP 10-110
ACI 3-4256, 3-4257, 3-4423, 3-4447, 3-4448, 3-4449, 3-4450, 3-4451, 3-4453

## ATTACHMENTS

None.