EXHIBIT L

# KANSAS DEPARTMENT OF CORRECTIONS

| | **I**NTERNAL **M**ANAGEMENT **P**OLICY AND **P**ROCEDURE | **SECTION NUMBER** 10-142D | **PAGE NUMBER** 1 of 4 |
|---|---|---|---|
| **Kansas** Department of Corrections | | **PROGRAMS AND SERVICES:  Offender Tablets** | |

| **Approved By:** | **Original Date Issued:** | **04-10-19** |
|---|---|---|
| | **Replaces Version Issued:** | **N/A** |
| **Secretary of Corrections** | **CURRENT VERSION EFFECTIVE:** | **04-10-19** |

| **APPLICABILITY:** | _ **ADULT Operations Only** | _ **JUVENILE Operations Only** | **X DEPARTMENT-WIDE** |
|---|---|---|---|

## POLICY STATEMENT

Tablets may be made available to the offender population to increase access to educational, vocational, and reentry resources. Offender tablets may also be utilized for submission of inmate telephone service (ITS) calling lists, grievances, Form 9 requests, sick call requests, and account withdrawal requests (AWR), to make commissary purchases, to view banking information, to receive offender notices/bulletins, purchase phone minutes, to submit and receive electronic messages, and complete RDU forms, as such functionality becomes available.

Offender tablets shall be restricted to encrypted, secured firewall wireless access points provided by the ITS contractor and shall not be able to connect to any other wireless access point. Offenders are prohibited from having any access to any external applications and/or websites. All applications and content must be approved by KDOC prior to being made available to the offender population.

Access to offender tablets are a privilege and not a right. Any offender who damages, tampers with, or attempts to damage or tamper with a tablet, charging stations, and/or supporting infrastructure may have his or her privileges revoked, receive additional disciplinary sanctions, and/or be subject to restitution. Tablets are only available when issuance does not interfere with the safety, security, and orderly functioning of the facility.

## DEFINITIONS

Inmate Telephone Service (ITS): Telecommunications equipment and services, under the direct control of the Department of Corrections within the boundary of each facility which are designated to be available to offenders to communicate with approved persons in the general public. (ACI 3-4439)

ITS Provider: A private entity contracted by the Department of Corrections to provide inmate telephone services as well as offender tablets, video visitation services, and offender electronic messaging (SMS and email).

ITS Consultant: A private entity contracted by the Department of Corrections designated to provide support services, including administrative services and contract oversight, regarding the ITS.

Electronic Messaging: A feature on the offender tablet that allows for electronic communication with approved members of the general public. Electronic messaging consists of SMS text messaging and offender email. Offender email allows members of the general public to attach pictures and short videos to the message. SMS messaging shall not include the capability of attaching files, photos, or videos.

Short Messaging Service (SMS): A service for sending short messages of up to 160 characters to mobile devices, including cell phones, smartphones, and tablets.

Tablet: A specifically-designed mobile device provided by the Department of Corrections that allows offenders access to certain educational, programmatic, and entertainment content, various Department forms, and approved electronic communications. Tablets are stripped of any component that would allow unrestricted access to the internet.

## PROCEDURES

**I.    General Requirements**

    A.    The Department of Corrections, through the ITS providers, provides offender tablets and charging stations for use by the offender population. Each facility shall designate the days and times the tablets are made available.

    B.    Each offender shall establish a unique password to use to access the tablet. As the Department is utilizing a "shared" model, offenders will receive a different unit each time tablets are made available. The tablets are configured so that no data or personal information can be stored on the device. Individual content, information, and course progress is tied to the offender's account.

    C.    Tablets shall be utilized in designated areas only. Any attempt to take a tablet to a non-designated area may result in the revocation of tablet privileges.

    D.    Each tablet shall be inspected for any damage and functionality prior to check out. Tablets that are not functioning properly or that have been damaged shall not be checked out. Each offender who checks out a tablet shall acknowledge that he/she has received a tablet that is undamaged and in good working order. Offenders shall not allow other offenders to use the tablet that has been checked out to him/her nor shall offenders share account information.

    E.    Upon turn-in of the tablet, the device shall be inspected for any damage and/or evidence of tampering.

        1.    Any defects and/or failure to operate shall be reported and the tablet shall be taken out of circulation and replaced with a functional device.

    F.    Tablets shall be locked in the charging carts when not in use.

    G.    Facilities may develop general orders regarding scheduling, time limits, or other facility specific procedures needed for implementation.

**II.    Incentive-Based Learning Content**

    A.    Offender tablets include a variety of educational, wellness, and life skills content. Offenders may earn credits for course content completion which may be used to access entertainment features such as music, movies, and games.

        1.    Unit team and/or education staff may identify content that helps meet an offender's program need and include completion of such content in the offender's program plan.

        2.    Movies made available shall be "G" movies, "PG-13" movies, and/or edited versions of "R" rated movies.

        3.    Pursuant to the contract, all music shall have been prescreened for use in a correctional environment.

    B.    New content shall be approved by the Director of Reentry or designee or the Executive Director of Contract Programs and Finance or designee, prior to being made available to the offender population.

        1.    Content used by juvenile offenders shall also be approved by the Deputy Secretary of Juvenile Services, or designee.

C.     Removal of existing content shall be approved by the Director of Reentry or designee or the Executive Director of Contract Programs and Finance or designee prior to being removed.

    1.    Content used by juvenile offenders shall also be approved by the Deputy Secretary of Juvenile Services, or designee.

D.     Completion of incentive-based learning content shall not be eligible for program credit unless approved by the Director of Reentry or designee.

E.     Incentive-based content shall not be used to replace cognitive behavioral therapy programming including cognitive, family, substance abuse, sex offender or other programming for moderate and high-risk offenders.

## III.   Electronic Messaging

A.     Short messaging service (SMS) text messaging

    1.    Only members of the general public who are on an offender's personally allowed number (PAN) list shall send and receive SMS messages to a specific offender.

    2.    Photos and video attachments are not permitted.

B.     Offender Email

    1.    Only members of the general public who have accepted an invitation to communicate from an offender may send and receive email with the offender.

    2.    Members of the general public may include video and photo attachments. All attachments shall be reviewed by facility mail room staff prior to being released to the offender. Attachments which violates the policies of the Department of Corrections shall not be released. No refund shall be provided for attachments that have not been cleared by mail room staff.

    3.    KDOC and ITS consultant staff may send Department-wide, facility-wide, or individualized messages and notifications through the offender email system.

## IV.   Communication

A.     Offenders may use tablets to submit form 9s, grievances, AWRs, sick call requests, and RDU forms. Paper versions of these electronic forms shall continue to be made available to offenders who request them.

## V.   Custom content

A.     Custom content developed by KDOC staff or contractors may be provided on the tablet with the approval of the Director of Reentry or designee or the Executive Director of Contract Programs and Finance or designee, and if content for juvenile offenders by the Deputy Secretary of Juvenile Services or designee. Custom content may include, but is not limited to:

    1.    Study materials, homework assignments, and skills practice which is made available to supplement an offender's program plan.

    2.    Low-dose programming approved by the Secretary or designee.

    3.    Access to coursework through the education provider learning management system. Such access shall be limited to offenders enrolled in academic and/or vocational educational services in accordance with IMPP 10-102D.

    4.    General health care and wellness information.

5.      Any other educational or programmatic offering.


**NOTE:**  The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them.  They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties.  Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards.  Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS REQUIRED

None

## REFERENCES

KSA 21-6821
IMPP 10-102D, 11-123A
ACI 4-4497
JCF 4-JCF-3A-16

## ATTACHMENTS

None.



### INTERNAL MANAGEMENT POLICY & PROCEDURE

**Applicability:** _ ADULT Operations Only    _ JUVENILE Operations Only   X DEPARTMENT-WIDE

---

**IMPP #:  10-142D**                                                                    **PAGE #:  1 of 4**

**PROGRAM AND SERVICES: Resident Tablets**

Original Date Issued: 04-10-19   Replaces IMPP Issued:  04-10-19   **CURRENT EFFECTIVE DATE:** 6/24/21

**Approved By:** _____ , Secretary          **Next Scheduled Review:** 6/24/22

---

### POLICY

Tablets may be made available to the resident population to increase access to educational, vocational, and reentry resources. Resident tablets may also be utilized for submission of inmate telephone service (ITS) calling lists, grievances, Form 9 requests, sick call requests, and account withdrawal requests (AWR), to make commissary purchases, to view banking information, to receive resident notices/bulletins, purchase phone minutes, to submit and receive electronic messages, and complete RDU forms, as such functionality becomes available.

Resident tablets must be restricted to encrypted, secured firewall wireless access points provided by the ITS contractor and must not be able to connect to any other wireless access point. Residents are prohibited from having any access to any external applications and/or websites. All applications and content must be approved by KDOC prior to being made available to the resident population.

Access to resident tablets are a privilege and not a right. Any resident who deliberately damages, tampers with, or attempts to damage or tamper with a tablet, charging stations, and/or supporting infrastructure may have his or her privileges revoked, receive additional disciplinary sanctions, and/or be subject to restitution. Tablets are only available when issuance does not interfere with the safety, security, and orderly functioning of the facility.

### DEFINITIONS

Inmate Telephone Service (ITS): Telecommunications equipment and services, under the direct control of the Department of Corrections within the boundary of each facility which are designated to be available to residents to communicate with approved persons in the general public. (ACI 3-4439)

ITS Provider: A private entity contracted by the Department of Corrections to provide inmate telephone services as well as resident tablets, video visitation services, and resident electronic messaging (SMS and email).

ITS Consultant: A private entity contracted by the Department of Corrections designated to provide support services, including administrative services and contract oversight, regarding the ITS.

Electronic Messaging: A feature on the resident tablet that allows for electronic communication with approved members of the general public. Electronic messaging consists of SMS text messaging and resident email. Resident email allows members of the general public to attach pictures and short videos to the message. SMS messaging does not include the capability of attaching files, photos, or videos.

Short Messaging Service (SMS): A service for sending short messages of up to 160 characters to mobile devices, including cell phones, smartphones, and tablets.

Tablet: A specifically-designed mobile device provided by the Department of Corrections that allows residents access to certain educational, programmatic, and entertainment content, various Department forms, and approved electronic communications. Tablets are stripped of any component that would allow unrestricted access to the internet.

## PROCEDURES

I.      **Related Policies**

      A.      Academic education programs available to residents are to be provided in accordance with IMPP 10-102D Facility Academic and Vocational Education Programs.

      B.      **ADULT:** Residents eligibility of program credit on incarceration portion of his/sentence for successful completion of programs designated by the Secretary is to be in accordance with IMPP 11-123A Application for Program Credit Pursuant to K.S.A. 21-6821.

II.     **General Requirements**

      A.      The Department of Corrections, through the ITS providers, provides resident tablets and charging stations for use by the resident population. Each facility is to designate the days and times the tablets are made available.

      B.      Each resident must establish a unique password to use to access the tablet. As the Department is utilizing a "shared" model, residents are to receive a different unit each time tablets are made available. The tablets are configured so that no data or personal information can be stored on the device. Individual content, information, and course progress is tied to the resident's account.

            1.      Use of another resident's password/pin and/or attempt to access an account that is not one's own, is prohibited. Consequences of such unauthorized tablet use may result in the suspension of tablet privileges, disciplinary sanctions, and/or assessment of restitution.

      C.      Tablets are to be utilized in designated areas only. Any attempt to take a tablet to a non-designated area may result in the revocation of tablet privileges.

      D.      Each tablet must be inspected for any damage and functionality prior to check out. Tablets that are not functioning properly or that have been damaged must not be checked out. Each resident who checks out a tablet is to acknowledge that he/she has received a tablet that is undamaged and in good working order. Residents must not allow other residents to use the tablet that has been checked out to him/her nor are residents to share account information.

      E.      Upon turn-in of the tablet, the device must be inspected for any damage and/or evidence of tampering.

            1.      Any defects and/or failure to operate are to be reported and the tablet must be taken out of circulation and replaced with a functional device.

      F.      Tablets must be locked in the charging carts when not in use.

      G.      Facilities may develop general orders regarding scheduling, time limits, or other facility specific procedures needed for implementation.

III.    **Incentive-Based Learning Content**

      A.      Resident tablets include a variety of educational, wellness, and life skills content. Resident may earn credits for course content completion which may be used to access entertainment features such as music, movies, and games.

            1.      Unit team and/or education staff may identify content that helps meet a resident's program need and include completion of such content in the resident's program plan.

            2.      Movies made available must be "G" movies, "PG-13" movies, and/or edited versions of "R" rated movies.

            3.      Pursuant to the contract, all music must have been prescreened for use in a correctional environment.

B.  New content must be approved by the Director of Reentry or designee or the Executive Director of Contract Programs and Finance or designee, prior to being made available to the resident population.

   1.  **JUVENILE:** Content used by residents must also be approved by the Deputy Secretary of Juvenile and Adult Community-Based Services, or designee.

C.  Removal of existing content must be approved by the Director of Reentry or designee or the Executive Director of Contract Programs and Finance or designee prior to being removed.

   1.  **JUVENILE:** Content used by residents must also be approved by the Deputy Secretary of Juvenile and Adult Community-Based Services, or designee.

D.  Completion of incentive-based learning content is not to be eligible for program credit unless approved by the Director of Reentry or designee.

E.  Incentive-based content is not to be used to replace cognitive behavioral therapy programming including cognitive, family, substance abuse, sex offender or other programming for moderate and high-risk resident.

## IV.  Electronic Messaging

A.  Short messaging service (SMS) text messaging.

   1.  Only members of the general public who are on a resident's personally allowed number (PAN) list are to send and receive SMS messages to a specific resident.

   2.  Photos and video attachments are not permitted.

B.  Resident email.

   1.  Only members of the general public, who have accepted an invitation to communicate from a resident, may send and receive email with the resident.

   2.  Members of the general public may include video and photo attachments. All attachments are to be reviewed by facility mail room staff prior to being released to the resident. Attachments which violates the policies of the Department of Corrections must not be released. No refund is to be provided for attachments that have not been cleared by mail room staff.

   3.  KDOC and ITS consultant staff may send Department-wide, facility-wide, or individualized messages and notifications through the resident email system.

## V.  Communication

A.  Resident may use tablets to submit form 9s, grievances, AWRs, sick call requests, and RDU forms. Paper versions of these electronic forms are to continue to be made available to residents who request them.

## VI.  Custom content

A.  Custom content developed by KDOC staff or contractors may be provided on the tablet with the approval of the Director of Reentry or designee or the Executive Director of Contract Programs and Finance or designee, and if content for juvenile residents by the Deputy Secretary of Juvenile and Adult Community-Based Services or designee. Custom content may include, but is not limited to:

   1.  Study materials, homework assignments, and skills practice which is made available to supplement a resident's program plan.

   2.  Low-dose programming approved by the Secretary or designee.

3.     Access to coursework through the education provider learning management system. Such access is limited to residents enrolled in academic and/or vocational educational services in accordance with IMPP 10-102D.

4.     General health care and wellness information.

5.     Any other educational or programmatic offering.


**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff, residents and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees, residents or offenders, or an independent duty owed by the Department of Corrections to employees, residents, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure are not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS

None.

## REFERENCES

KSA 21-6821
IMPP 10-102D, 11-123A
ACI 4-4497
JCF 4-JCF-3A-16

## HISTORY

04-10-19 Original

## ATTACHMENTS

None.