# KANSAS DEPARTMENT OF CORRECTIONS

| | LCF GENERAL ORDERS | SECTION NUMBER 10,105 | PAGE NUMBER 1 OF 3 |
|---|---|---|---|
| KDOC *A Safer Kansas Through Effective Correctional Services* | | SUBJECT: SPECIAL MANAGEMENT INMATES: Long Term Restrictive Housing | |
| Approved By: Shannon Meyer Warden | | Original Date Issued: 03/30/21 | |
| | | Current Amendment Effective: 03/30/21 | |
| | | Replaces Amendment Issued: | |

**POLICY**

The Long Term Restrictive Housing Unit (LTRH) is a segregation status, which is more secure than restrictive housing. All residents placed in the LTRH unit will be initially processed through the Restrictive Housing Unit. Residents will be screened for LTRH through EAI, Classification Administrator, Deputy Warden of Operations and the Warden of the facility screening. Once screened an MDT will be held with the Deputy Secretary of Corrections, Security/Emergency Manager, Warden from the sending and receiving facility, State Classification Manager, and Intelligence Program Director to determine if the resident will be placed in LTRH.

**DEFINITIONS**

**Long Term Restrictive Housing**: Residents placed in Long Term Restrictive Housing are residents that have been influential STG members, shown violent tendencies towards staff and/or residents in and out of restrictive housing and are a management issue for the security and control of the facility.

**MDT**: Multi Disciplinary Team is a group put together that represents Departments brought together to make a group decision.

**PROCEDURES**

These procedures establish the placement of residents in the unit and the release of residents from the unit.

I. **Admissions Eligibility Requirements**: Any resident being placed in LTRH must meet one of the following requirements.

    A. Validated security threat group members.
    B. Residents who have been violent towards staff and/or other residents.

- C. Residents who present management issues towards the overall security of the facility.
- D. Residents who have been identified as being in need of additional supervision for reasons not stated in the above criteria as determined by intelligence data, and approved by the Warden.

## II. **INTAKE PROCEDURES**
- A. Potential placements into the LTRH will be screened by EAI, Classification Administrator, Deputy Warden of Operations and the Warden of the facility screening.
- B. Once screened an MDT will be held with the Deputy Secretary of Corrections, Security/Emergency Manager, Warden from the sending and receiving facility, State Classification Manager, and Intelligence Program Director to determine if the resident will be placed in LTRH.

## III. **REVIEWS**

Segregation reviews will be completed every seven (7) days for the first sixty (60) days and once every thirty (30) days after that in accordance with IMPP 20106.

## IV. **ALLOWABLE PROPERTY**

All residents in restrictive housing are to be provided clothing that is not degrading, and access to basic personal items for use in their cells, unless there is imminent danger that a resident or any other resident might destroy an item or induce self-injury.

  1. Residents confined in Restrictive Housing must not be deprived of normal body clothing except for the resident's own protection.

     a. If such a deprivation is temporarily necessary, the resident must be provided with body clothing and bedding adequate to protect the resident's health, depending on air temperature and other conditions in the cell.

Property in LTRH will be based as Attachment A Property Allowed in Restrictive Housing.

**NOTE**:  The General Orders set forth herein are intended to establish directives and guidelines for staff, residents and those entities who are contractually bound to adhere to them.  They are not intended to establish State created liberty interests for employees, residents, or an independent duty owed by the Department of Corrections to either employees, residents, or third parties.  This General Order is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

<u>REFERENCES</u>
IMPP 12-133
IMPP 12-120
GO 10,101

<u>ATTACHMENTS</u>
Attachment A Property Allowed in Restrictive Housing

PROPERTY ALLOWED IN RESTRICTIVE HOUSING
(Alphabetical)

| ITEM | SPECIFICATIONS | QUANTITY | VALUE |
|---|---|---|---|
| Address Book ................... | Not to exceed 8" x 9," to be purchased through canteen or special purchase order. | 1 | CP |
| Bible/Primary Religious Text ................................ | Must be approved by facility Chaplain. | 1 | |
| Blue Book, AA Text .......... | | 1 | Current AA Rate |
| Books .............................. | Paperback or hard cover owned prior to placement in RH. | 6 | |
| Calendar ……………….. | Issued by facility. | 1 | CP |
| Cards .............................. | Poker or Pinochle. | 2 decks | CP |
| Checkers .......................... | Plastic or wooden; factory manufactured, to include cardboard or paper checker board. | 1 set | CP |
| Chess Set ........................ | Plastic or wooden; factory manufactured, to include cardboard or paper chess board. | 1 set | CP |
| Clock, Alarm (APPLIANCE) .................. | | 1 | 15.00 |
| Comb ............................... | Plastic only. | 1 | CP |
| Conditioner ...................... | | 2 | CP |
| Dental Floss …………. | | 2 | CP |
| Denture Adhesive ............ | | 2 | CP |
| Denture Container (Cup) | | 1 | CP |
| Denture Creme ................ | | 2 | CP |
| Dentures …………………. | As received with offender or prescribed by Health Authority. | 1 set | |
| Deodorant, Stick ………… | | 2 | CP |
| Dictionary ……………….. | In addition to book limitation. | 1 | |
| Dominoes ……………….. | Wood or plastic; factory manufactured. | 1 set | CP |
| Drinking Cup ……………. | Plastic; no logo permitted; up to 22 ounces. If insulated, must be clear view/double walled. | 2 | CP |
| Earplug (APPLIANCE) …………… | | 1 | CP |
| Earplug Adapter ………… | | 1 | CP |
| Envelopes ……………….. | All sizes. No padded envelopes of any kind, including those containing "bubble wrap" as a component. | 2 boxes | CP |

| | | | |
|---|---|---|---|
| Eye Glasses …………….. | As received during or after admission [with frames approved by the warden or designee] or as provided per health authority determination, prescription only. Unless required by Health Authority prescription, shall be non-tint, non-wired, non-mirrored, nonwraparound. Received eye glasses approved by a Warden are transferable property. | 1 pair | Frames limited to $200, with claims replacement limited to value of eye glasses issued by Health Authority. |
| Eye Glasses, non-prescription / reading …… | As received during or after admission (with frames approved by the warden or designee), shall be nontint; non-wired; non-mirrored; or non-wraparound. Received reading glasses approved by a Warden are transferable property. | 1 pair | 20.00 |
| Fan (APPLIANCE) …………… | Blade size limited to twelve (12) inches diameter fan; electric; plastic blades; UL approved; safety guard. Additionally, on and after 04/01/97, the safety guard on all fans purchased by offenders through SPOs, or purchased by a facility canteen for resale to offenders, must be constructed of plastic. | 1 | CP |
| Feminine Napkins, Tampons, Pads …………. | Females only. | 2 boxes | CP |
| File Folder ……………….. | Non-metal only. | 2 | CP |
| Foot Powder ……………. | | 2 | CP |
| Greeting Cards …………. | As sold in canteen or Chaplain provides. | 10 | CP |
| Hairbrush ………………… | Wood or Plastic only | 1 | 5.00 |
| Hair Dressing/Grease ….. | | 2 | CP |
| Headphone Extension (APPLIANCE) …………. | Maximum length 12'. | 1 | CP |
| Headphones (APPLIANCE) …………… | One any size | 1 | CP |
| Ice Chest ........................ | 6-pack size; hard plastic; no styrofoam. | 1 | 16.50 |
| Lamp (APPLIANCE) .................. | High intensity reading lamp; desk top. | 1 | CP |
| Letters, Personal ............. | | 10 | |
| Lotion, Hand .................... | Non-alcoholic; clear plastic container. | 2 | CP |
| Magazines ....................... | From publisher or vendor only, but subscriptions may be purchased by third parties for an offender's use. | 10 | Cover price per copy |
| Medications / Over The Counter   ………. | Offenders at all other facilities are limited to the following items:  Acetaminophen, Aspirin, A&D Ointment, Alka-Seltzer, Alka-Seltzer Cold +, Acne-Peroxide Lotion – Benzyl Peroxide, Ben Gay, Carmex, Cough Drops, Chest Rub, Eucerin or Nivea Cream, Imodium, Motrin, Medicated Shampoo, Pepto-Bismol, Medicated Foot Powder, Metamucil Powder, Natural Tears, Hydrocortisone cream, Ibuprofen, Pepcid AC, Antacid tablets, Anti-fungal cream, Hemorrhoidal cream, Triple antibiotic cream. | 1 each | CP |
| MP3 Player | MPE player and accessories (4 double A rechargeable batteries, charger, and AC wall adapter) | 1 | CP |
| Nail Clippers .................... | Fingernail size. | 1 | CP |

| Item | Description | Quantity | Price |
|---|---|---|---|
| Newspapers .................... | From publisher or vendor only, but subscriptions may be purchased by third parties for an offender's use. | 10 | Cover price per copy |
| Notebooks ...................... | Non-metal only. | 2 | 2.00 |
| Padlock .......................... | Combination type with key access; must be from Master Padlock series 51 | 1 (Up to 2 at discretion of Facility Warden) | CP |
| Paper, Writing ................. | | 2 pkg. | CP |

| Item | Description | Quantity | Price |
|---|---|---|---|
| Pen, Ballpoint .................. | Non-retractable tip only. | 2 | CP |
| Photo Album .................... | Non-metal; non-glass; 10" x 14". | 2 | 20.00 Total |
| Photographs ....................... | Non-Polaroid, 8 1/2" x 11" or smaller, each separate image on multi-image sheets counting as one [1] photograph. | 50 | |
| Pick, Hair ........................ | Plastic only, no handle; no rattail. | 1 | 5.00 |
| Postage Stamps .............. | Any denomination up to and including that which is required to mail a one (1) ounce First Class letter. | 25 | CP |
| Q-Tips ............................. | | 2 packs | CP |
| Radio – AM/FM /Tape Player /or/ Clock Radio – AM-FM (APPLIANCE) .................. | 20" x 10" x 8"; may be radio, tape player, or radio/tape player (single cassette/tape deck) combination, standard cassette; equipped for headphone, earphone or earplug; UL approved. Only AM/FM Radios or AM/FM Clock Radios may be purchased by offenders on SPO or ordered by facility canteens. Existing appliances with tape player capability may be sold by facility canteens until the existing stock is depleted, and existing units held by offenders may be retained and transferred, but may be neither repaired nor replaced with anything except AM/FM Radios or AM/FM Clock Radios. | 1 If device is an AM/FM clock radio, no separate clock is permitted as personal property. | CP |
| Religious Beads (e.g., prayer, rosary) ................. | Must be approved by facility Chaplain/Warden and received through Chaplain/Warden. | 2 | 20.00 Total |
| Religious Head Garments | Must be approved by facility Chaplain/Warden and received through Chaplain/Warden. | 2 | 25.00 Total |
| Religious Medal or Medallion with Chain ....... | Must be approved by facility Chaplain/Warden and received through Chaplain/Warden. No precious metals or stones. Longest dimension may not exceed 2 inches. | 1 | 20.00 |
| Rug, Prayer ..................... | Must be approved by facility Chaplain/Warden and received through Chaplain/Warden. | 1 | 25.00 |
| Shampoo ........................ | | 2 | CP |
| Shaving Crème or powder | Non-aerosol. | 2 | CP |
| Shaving Cup/Brush ......... | Plastic only. | 1 | CP |
| Shirts, Under .................. | | 7 | 66.50 Total |
| Shoe Insoles ……………. | | 1 set | 5.00 |
| Shorts, Athletic ............... | A minimum of 4" inseam, gray only. | 2 | 30.00 Total |
| Shorts, Boxer or Brief ...... | | 7 | 35.00 Total |
| Soap, Bar or Gel ………… | | 2 | CP |

| | | | |
|---|---|---|---|
| Soap Dish ........................ | Plastic. | 1 | 2.00 |
| Sunglasses ..................... | Non-mirror; non-prescription; non-wrap around; nonwire frame. | 1 | 10.00 |
| Surge Protector (APPLIANCE) .................. | Single outlet or power strip type, no more than 6 outlets, UL approved. | 1 | CP |
| Sweat Suit (Basic) ……………………. | Non-work release males and females. Plain gray; pullover hoodless; no logo; unaltered. No designer sweat suits, including those approved under previous policies, i.e. grand fathered prior to the effective date of this IMPP. | 1 | 55.00 |
| Tissues ........................... | | 2 | CP |
| Toothpaste or Polish ....... | | 2 | CP |
| Toothbrush ..................... | | 1 | CP |
| Toothbrush Box ............... | | 1 | CP |
| Tweezers ........................ | | 1 | CP |
| Underwear (Boxer Shorts) | Males only.  Transferable. | 6 pair | CP |
| Underwear, Insulated ...... | | 3 pair | 86.00 Total |
| Vitamins/Nutritional Supplements ................... | Multi-purpose vitamins; type and brand authorized by Health Authority.  Nutritional supplements of a type, composition and manufacture as specified by the Deputy Secretary of Facility Management / designee | 2 | CP |
| Wave Caps .......................... | White or Black only | 2 | CP |
| Wedding Band ................. | Plain, no stone. | 1 | 50.00 |
| Wristwatch ....................... | No stones. | 1 | 50.00 |

# KANSAS DEPARTMENT OF CORRECTIONS

| | LCF GENERAL ORDERS | SECTION NUMBER 10,105 | PAGE NUMBER 1 OF 3 |
|---|---|---|---|
| A Safer Kansas Through Effective Correctional Services | | **SUBJECT: SPECIAL MANAGEMENT INMATES:** Long Term Restrictive Housing | |
| Approved By:<br><br>Shannon Meyer<br>Warden | | Original Date Issued: 03/30/2021 | |
| | | Current Amendment Effective: 05/12/2021 | |
| | | Replaces Amendment Issued: | |

## POLICY

The Long Term Restrictive Housing Unit (LTRH) is a segregation status, which is more secure than restrictive housing. All residents placed in the LTRH unit will be initially processed through the Restrictive Housing Unit. Residents will be screened for LTRH through EAI, Classification Administrator, Deputy Warden of Operations and the Warden of the facility screening. Once screened an MDT will be held with the Deputy Secretary of Corrections, Security/Emergency Manager, Warden from the sending and receiving facility, State Classification Manager, and Intelligence Program Director to determine if the resident will be placed in LTRH.

## DEFINITIONS

**Long Term Restrictive Housing**: Residents placed in Long Term Restrictive Housing are residents that have been influential STG members, shown violent tendencies towards staff and/or residents in and out of restrictive housing and are a management issue for the security and control of the facility.

**MDT:** Multi-Disciplinary Team is a group put together that represents different Departments brought together to make a group decision.

## PROCEDURES

These procedures establish the placement of residents in the unit and the release of residents from the unit.

   I.   ADMISSION REQUIREMENTS

        Any resident being placed in LTRH is reviewed by an MDT consisting of the Deputy Secretary of Facility Management, Security/Emergency Manager, Warden from the sending and receiving facility, State Classification Manager, and Intelligence Program Director.

    A. Residents placed in LTRH will meet one of the following requirements.

        1. Validated security threat group members.
        2. Residents who have been violent towards staff and/or other residents
        3. Residents who present management issues towards the overall security of the facility.
        4. Residents who have been identified as being in need of additional supervision for reasons not stated in the above criteria as determined by intelligence data, and approved by the Warden

## II. REVIEWS

An initial Segregation review will be conducted within 30 days of placement in LTRH. A quarterly review will be conducted every quarter after the residents initial review. The resident will have the option to be seen in person.

## III. ALLOWABLE PROPERTY

All residents in restrictive housing are to be provided clothing that is not degrading, and access to basic personal items for use in their cells, unless there is imminent danger that a resident or any other resident might destroy an item or induce self-injury.

    A. Residents confined in restrictive housing must not be deprived of normal body clothing except for the resident's own protection.

        1. If such a deprivation is temporarily necessary, the resident must be provided with body clothing and bedding adequate to protect the resident's health, depending on air temperature and other conditions in the cell.

        2. After 1 year of placement in LTRH a resident may request to have their electronics through the segregation review board. The decision will be based on the resident's overall behavior while in LTRH.

        3. Residents will have a choice as to 1 pair of tennis shoes or 1 pair of state issued boots.

    B. Allowable property is listed in Attachment A.

IV.   **MAIL**

A. All mail sent to residents in LTRH will be photocopied and searched upon arrival at LCF. The offender will only receive the photocopies of the mail. The original mail will be returned to the sender at no cost.

B. Legal mail will be inspected prior to distribution to the resident and then sent to the resident.

V.   **PHONES**

A. All phone calls will be scheduled a week in advance. Residents must contact Unit Team in LTRH to get placed on the schedule.

**NOTE:**  The General Orders set forth herein are intended to establish directives and guidelines for staff, residents and those entities who are contractually bound to adhere to them.  They are not intended to establish State created liberty interests for employees, residents, or an independent duty owed by the Department of Corrections to either employees, residents, or third parties.  This General Order is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

**REFERENCES**
IMPP 12-133
IMPP 12-120
GO 10,101

**ATTACHMENTS**
Attachment A Property Allowed in Restrictive Housing

LCF GO 10-105 Attachment A

**PROPERTY ALLOWED IN RESTRICTIVE HOUSING**
**(Alphabetical)**

| | | | |
|---|---|---|---|
| Address Book | 1 | Lotion | 2 |
| Alarm Clock | 1 | Magazine | 10 |
| Blue Book/AA text | 1 | MP3 Player | 1 |
| Calendar | 1 | Multi-Purpose Vitamins | 2 bottles |
| Cantten Medication | 1 Each | Newspaper | 10 |
| Cards | 2 Decks | Notebook (no metal) | 2 |
| Checkers Set | 1 Set | Paperback books | 6 |
| Chess Set | 1 Set | Photo Album (no metal) | 2 |
| Comb (small) | 1 | Photographs | 50 |
| Conditioner | 2 | Postage Stamps | 25 |
| Denture Adhesive | 2 | Prayer Rug | 1 |
| Denture Container | 1 | Q-Tips | 2 Packs |
| Dentures | 1 Set | Radio | 1 |
| Deodorant | 2 | Religious Beads | 2 |
| Dictionary (Paperback) | 1 | Religious Medal/Chain | 1 |
| Dominoes | 1 Set | Religious Text | 1 |
| Drinking Cup | 2 | Sandals/Shower Shoes (state Issued) | 1 |
| Earplugs | 1 Set | Shampoo | 2 |
| Envelopes | 2 boxes | Shaving Cream | 2 |
| Eye Glasses | 1 Pair | Shoe Insoles | 1 set |
| Fan | 1 | Soap (bar/gel) | 2 |
| File Folder (non-metal) | 2 | Soap Dish | 1 |
| Foot Powder | 2 | Sunglasses | 1 |
| Greeting Cards | 10 | Surge Protector | 1 |
| Hair Grease | 2 | Toothbrush | 1 |
| Headphone Extension 12' | 1 | Toothpaste | 2 |
| Headphones | 1 | Wave Caps | 2 |
| Ice Chest | 1 | Wedding Band | 1 |
| Lamp | 1 | Writing Paper | 2 Pkg. |
| Letters | 10 | Wristwatch | 1 |