**EXHIBIT Q**

# LANSING CORRECTIONAL FACILITY
# GENERAL ORDER
# STATEMENT OF ANNUAL REVIEW

**G.O. Number**     21,101

**TITLE:**     **LIBRARY SERVICES:** Library Operations

The above referenced General Order; issued effective 05/24/96 was reviewed during May 2021 in accordance to LCF General Order 01,101 and the American Correctional Association, 4th Edition of the Adult Correctional Institutional Standard 4-4012. At the time of this annual review, the General Order Review Committee determined:

**(X)**     No change and/or modification to this General Order are necessary at this time and the General Order shall remain in effect as issued on the above stated date.

**The next scheduled review for this General Order is May 2022.**

**This statement of annual review shall be placed in front of the referenced General Order in all General Order Manuals.**

_____     6-1-2021
Brett Peterson, Policy and Compliance Manager     Date
and General Order Review Chairman

_____     6-1-2021
Shannon Meyer, Warden     Date

# KANSAS DEPARTMENT OF CORRECTIONS

| | | SECTION NUMBER | PAGE NUMBER |
|---|---|---|---|
| [DOC logo] | **LCF** GENERAL ORDERS | **21,101** | 1 OF 4 |
| A Safer Kansas Through Effective Correctional Services | | SUBJECT: **LIBRARY SERVICES:** Library Operations | |
| Approved By: [signature] Shannon Meyer Warden | | Original Date Issued: 05/24/96 | |
| | | Current Amendment Effective: 06/30/20 | |
| | | Replaces Amendment Issued: 05/09/19 | |

## POLICY

Offenders shall be provided access to comprehensive library services which include, but are not limited to a reference collection including general, specialized, and legal material. Acquisition of materials shall be planned to meet the needs of offenders.

## DEFINITIONS

<u>E Dorm Library:</u>  The satellite libraries located at the minimum unit.

<u>Central Library:</u>  The library area located on the lower level of the administration building.

<u>Insolvent:</u>  An offender who lacks sufficient funds at the time a requested purchase with which to make the purchase, in whole or in part, unless the offender has voluntarily withdrawn funds from the offender's account during the previous sixty (60) days for the purchase of non-essential items.

## PROCEDURES

I. **Availability of Library Services**

   A. Library services shall be afforded to the general population in accordance with the established facility schedule. Such schedule shall include:

      1. Provisions for daily library operations including weekends and evenings.

      2. The library schedules will allow offenders in general population access to the libraries in accordance with schedules posted in all living units.

   B. Library services shall be provided for offenders housed in the clinic, and restricted housing units via Form 9 to the Librarian.

   C. No more than twenty-nine (29) offenders shall be allowed access to the Central library at any given time.

1. No more than twenty-four (24) offenders, including three (3) Law Library clerks, can be in the Central Unit library when the Law Library is open.

2. The authorized number of offenders permitted to go to the Law Library from each unit is as follows: Each pod may send (3) offenders.

D. Access to the legal and general collections may be allowed at separately scheduled times.

## II. Selection of Library Materials

A. The library staff shall select library materials based on desired interest of population.

B. Library materials shall be selected according to the following criteria:

1. Materials shall be selected so as to serve needs and interests, and reading abilities of a cross section of the offender population;

2. Materials shall be selected according to their currency, cultural, educational, inspirational or recreational values; and

3. Materials donated shall be screened according to the above guidelines prior to addition to the collection.

## III. Religious Reading Section

A. The facility library shall maintain a religious reading section in the main library and in each satellite library. Religious reading sections shall be maintained within the general collection of such libraries.

B. The librarian shall consult with the facility's chaplain in determining material availability for the religious reading section. Materials shall be selected to provide some reading material for each major religion represented by a significant portion of the offender population.

## IV. Law Library

A. The librarian shall maintain law libraries separated from the general collections of the main libraries.

B. Legal collections in the main libraries shall contain materials as furnished by Lexis Nexis.

C. Offenders shall be allowed access to the Law Library in accordance with the established facility schedule, and posted in domicile units.

D. Offenders in restricted housing units, such as the infirmary, may request legal and reading materials via LCF Form 9 to the librarian.

    1. Upon receipt of a Form 9 request from an offender, the librarian shall forward copies of the material, if available, within three working days.

    2. If the material is not available, the librarian shall so notify the offender within three working days.

    3. Subject to all provisions in section VI. of this General Order, checkout, copying and access.

  E. If more than the established limit of offenders desire library access during a given scheduled period, the librarian shall limit such access to one hour to allow all offenders access to the library.

## V. Confiscating Library Books

  A. In the event an offender transfers to any other location all library books are to be confiscated and returned to the main library.

## VI. Checkout, Copying and Access

  A. General library materials may be checked out for a period of two weeks.

    1. A maximum of four books may be borrowed at one time.

    2. Lost, damaged or stolen books shall be the responsibility of the offender of record.

      a. Charges shall be assessed at the replacement value of the book.

  B. Legal reference materials of any type shall remain in the Law Library, and are not subject to being checked out.

    1. Upon request to the Librarian, copies of relevant cases, statutes, regulations, or administrative policies or orders may be made for further study at the domicile.

    2. Such copies shall be supplied by the Librarian or other staff member designated by the activities department.

    2. Copies for offenders assigned to the E Dorm shall be sent to the offender within three working days of receipt of the request.

  C. The copy machine/laser printing for the Law Library shall be operated under the supervision of the librarian or other staff member designated by the activities department.

1. All materials to be copied/printed shall be inspected and approved by the Librarian or the staff in charge.

2. Approved materials shall be copied/printed at a cost of $.10 per copy payable by copy tickets purchased at canteen.

3. Payment of copying charges may be made through Account Withdrawal Request (AWR) forms only when such charges exceed $15.00 or if the offender is deemed indigent. If the offender is deemed indigent, he must present a signed AWR and Indigent form to the Librarian prior to receiving any copies.

4. All handling of copy tickets shall be made by the Librarian or designated staff.

D. Offenders will be sent to the library on a first come sign up basis.

1 Offenders must sign themselves up; they may not sign for another offender. Offenders may lose their library privileges by displaying behaviors deemed inappropriate for the setting, abuse of the library material, and disciplinary infractions.

**NOTE:** The General Orders set forth herein are intended to establish directives and guidelines for staff, offenders and those entities who are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees, offenders, or an independent duty owed by the Department of Corrections to either employees, offenders, or third parties. This General Order is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

**REPORTS REQUIRED**

None

**REFERENCES**

KAR 44-7-113
ACI 4-4505, 4-4508, 4-4509, 4-4510, 4-4269
IMPP 10-107

**ATTACHMENTS**

None