# LANSING CORRECTIONAL FACILITY
# GENERAL ORDER
# STATEMENT OF ANNUAL REVIEW

**G.O. Number**     21,102

**TITLE:**     **LIBRARY SERVICES:** Library Staff

The above referenced General Order; issued effective 08/09/96 was reviewed during May 2021 in accordance to LCF General Order 01,101 and the American Correctional Association, 4th Edition of the Adult Correctional Institutional Standard 4-4012. At the time of this annual review, the General Order Review Committee determined:

(X)     No change and/or modification to this General Order are necessary at this time and the General Order shall remain in effect as issued on the above stated date.

**The next scheduled review for this General Order is May 2022.**

**This statement of annual review shall be placed in front of the referenced General Order in all General Order Manuals.**

_Brett Peterson, UTM_     6-1-2021

Brett Peterson, Policy and Compliance Manager     Date
and General Order Review Chairman

_Shannon Meyer, Warden_     6-1-2021

Shannon Meyer, Warden     Date

# KANSAS DEPARTMENT OF CORRECTIONS

| | LCF GENERAL ORDERS | SECTION NUMBER 21,102 | PAGE NUMBER 1 OF 2 |
|---|---|---|---|
| | | **SUBJECT: LIBRARY SERVICES:** Library Staff | |
| | *A Safer Kansas Through Effective Correctional Services* | | |
| Approved By: Sam Cline Warden | | Original Date Issued: 08/09/96 Current Amendment Effective: 05/12/17 Replaces Amendment Issued: 05/10/11 | |

## POLICY

All library services shall be coordinated and supervised by a librarian possessing a master of library science degree.

## DEFINITIONS

None

## PROCEDURES

I.  **Facility Librarian**

    A.    A facility librarian shall be responsible for:

        1.    The supervision and coordination of all library services;

        2.    The training and supervision of inmate library clerks.

II. **Inmate Library Clerks**

    A.    The facility shall employ inmate library clerks to participate in the operation of the library services.

    B.    Library clerks shall be selected by the facility librarian according to the following criteria:

        1.    Aptitudes for, or prior training in library services;

        2.    Educational achievement;

       3.    Facility adjustment;

       4.    Length of time to release;

       5.    Expressed interest in the library services program; and

       6.    Availability as determined by the respective unit team manager.

C.    The facility librarian shall establish a training program for inmate library clerks. Such program shall include, but not be limited to:

       1.    Cataloging and organization of library materials;

       2.    Library materials accountability procedures; and

       3.    Physical care and repair of library materials.

**NOTE:** The General Orders set forth herein are intended to establish directives and guidelines for staff, offenders and those entities who are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees, offenders, or an independent duty owed by the Department of Corrections to either employees, offenders, or third parties. This General Order is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

**REPORTS REQUIRED**

None

**REFERENCES**

IMPP 10-107
ACI 4-4506, 4-4507, 4-4511

**ATTACHMENTS**

None