Mr. Kenneth D. Leek #63503
E.D.C.F. 1737 S.E. US. Hwy. 54
El Dorado, KS 67042-0311

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH D. LEEK,               )
  Plaintiff,              )
         )
  vs.                          )  Case No. 21-3100-SAC-ADM
         )
KATHRYN A. ANDROSKI, et al,   )
  Defendants.            )

MOTION FOR THE APPOINTMENT OF COUNSEL

 Plaintiff, KENNETH D. LEEK, pursuant to Title VII, requests
this Court to appoint counsel to represent him in this case for the
following reasons:

 1. Plaintiff is unable to afford counsel.
 2. The plaintiff is a long-term segregation inmate, has extremely
limited access to the law library which is the subject of this litigation.
 3. Plaintiff has a limited knowledge of the law.
 4. Defendants Kroeker, Stiffin and Meyer have filed a motion
to dismiss or in the alternative for summary judgment to which
plaintiff has no meaningful way to respond.
 5. As a result of this litigation the defendants have implemented
new policies which allow prisoners limited access to tablets that
have a Lexis Nexis research app. In an attempt to hinder plaintiff's
efforts to litigate this matter he is not afforded access to the
tablet.
 6. The prison is currently on partial lockdown due to extreme
staffing shortages. As a result the civilian librarian, which is
not trained in law, is processing the entire prison's requests. This
experiment is not working well.

WHEREFORE, and because of the above, this Honorable Court should appoint counsel to represent the plaintiff.

Respectfully Submitted,

Kenneth D. Leek

KENNETH D. LEEK

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he hand delivered this MOTION FOR THE APPOINTMENT OF COUNSEL to prison officials for e-filing with the U.S. District Court on this 12th day of October, 2022.

Kenneth D. Leek

KENNETH D. LEEK

(2)