Mr. Kenneth D. Leek #63523
E.D.C.F. 1737 S.E. U.S. Hwy. 54
El Dorado, KS 67042-0311

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH D. LEEK, )
    Plaintiff, )
       )
vs. ) Case No. 21-3100-SAC-ADM
       )
KATHRYN A. ANDROSKI, et al., )
    Defendants. )

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION
FOR THE APPOINTMENT OF COUNSEL

KENNETH D. LEEK states:

1. I am the plaintiff in the above-entitled case. I make this declaration in support of my motion for the appointment of counsel.

2. The complaint in this case alleges that the plaintiff was denied his right of access to the court by numerous KDOC prison officials at various prisons.

3. The plaintiff has demanded a jury trial. This case is now in the pretrial stage, after a remand from the 10th circuit court of appeals, which plaintiff cannot properly litigate from segregation.

4. This case will require discovery of documents and depositions of multiple witnesses.

5. Plaintiff has no formal legal education.

6. Plaintiff is in long-term administrative segregation. For this reason he has no way to develop his case, for example by locating and interviewing other prisoners that were in segregation with the plaintiff.

7. Defendants Kroeker, Skidmore, Stillin, and Meyer have filed a 47 page motion to dismiss or in the alternative for summary judgment in the above-entitled cause.

8. Defendants cite dozens of cases and statutes in their memorandum of law. Since the facility is on lockdown and plaintiff can only request 3-4 cases/statutes at a time, which could take anywhere from days to weeks to actually get, it would literally take **months** to get and review them.

9. Due to the exact cite system employed by all KDOC prisons plaintiff has no way adequately rebut any of the arguments and legal theories put forth by the defendants.

10. While plaintiff has been able to effectuate change in the way KDOC prisoners have access to legal resource materials, these changes do not seem to apply to him. Prisoners have had access to Lexis Nexis on a portable tablet for months but each time plaintiff has requested access he's only received excuses and lies: "Oh, I didn't get your request." "I can't locate the tablet." "Someone else is using it right now."

11. Plaintiff is being housed in a prison that's known for being sued and retaliating on prisoners. Pursuing litigation here is literally a roll of the dice with your life and limb.

12. The acts of prison officials here leave no doubt that they will tow the company line and do whatever is necessary to hinder plaintiff's efforts to have his day in court.

13. Without the appointment of counsel there is no way plaintiff can file an adequate motion in opposition to the defendants' motion(s); they know it, prison officials know it and so should this court.

14. Plaintiff is exhausting his administrative remedies but if my opposition have it their way this suit will be dismissed so there there is nothing to amend.

WHEREFORE, the plaintiff's motion for appointment of counsel should be granted.

*Kenneth D. Leek*
KENNETH D. LEEK

(2)

VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the information contained in this declaration in support of plaintiff's motion for the appointment of counsel is true and correct.

*Kenneth D. Leek*
KENNETH D. LEEK

Signed this 12th day of October, 2022.

(3)