Exhibit T

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **KENNETH D. LEEK,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **KATHRYN A. ANDROSKI, *et al.*,** <br><br> **Defendants.** | **Case. No. 21-3100-HLT-ADM** |

**DECLARATION OF NICOLAUS BALL**

I, Nicolaus Ball, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I am currently employed as the Deputy Warden of Support Services at Lansing Correctional Facility (LCF).

2. I supervise Public Service Administrator John Stiffin, the librarian at LCF.

3. I recognize the attached image as a screenshot of LexisNexis as it appears when accessed by inmates at LCF.

4. The attached image is a fair and accurate representation of LexisNexis as it appears when accessed by LCF inmates.

5. The screenshot shows the kinds of content available to LCF inmates when using LexisNexis.

6. Because of the high expense of purchasing and updating physical law books, the majority of legal resources at LCF are provided through LexisNexis.

7. From at least April 2021 to November 2022, LCF had three restrictive housing units. Since November 2022, LCF has had two restrictive housing units.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2022.

Nicolaus Ball
Deputy Warden of Support Services Manager
Lansing Correctional Facility
Kansas Department of Corrections

**Appendix A**


attorney danielle Hamilton slate
Danielle Hamilton Slate - Attorn
News & Announcements —
KANSAS DEPARTMENT OF CORR
https://doc-advance.lexis.com/corrections?config=0150JABjMDk3NDZmNC1kYjZjLTQ4OGMtYjhmYy01...
Lexis®
Explore Content
Search All
Get a Document
Shepardize®
Kansas
Primary Law
Cases
Kansas State Cases, Combined
Codes and Legislation
KS - LexisNexis® Kansas Annotated Statutes
KS - LexisNexis® Kansas Annotated Constitution
KS Full-Text Bills
KS Bill Tracking Reports
Administrative Materials
Kansas Judicial Ethics Advisory Committee Opinions
KS Attorney General Opinions
Kansas Board of Tax Appeals
KS Corporation Commission Decisions
KS Securities, Orders, Releases and Letters
KS Workers' Compensation Decisions
Administrative Codes & Regulations
KS - Administrative Regulations
KS State Regulation Tracking
Court Rules
KS - Kansas State & Federal Court Rules
Secondary Sources
Kansas Law Review
All Law Reviews and Journals
Kansas Appellate Practice Handbook, Third Edition
Kansas Criminal Law Handbook
Criminal Law Advocacy
Defense of Drunk Driving Cases: Criminal - Civil
Ballentine's Law Dictionary, 3rd Edition
The Law Dictionary
Jury Instructions
Pattern Instructions for Kansas - Criminal 4th
Federal
Primary Law
Cases
Kansas Federal District Courts
10th Circuit - US Court of Appeals Cases
Court Rules
USCS - Federal Rules Annotated
Administrative Codes and Regulations
CFR - Code of Federal Regulations


attorney danielle Hamilton slate
Danielle Hamilton Slate - Attorn
News & Announcements —
KANSAS DEPARTMENT OF CORR
https://doc-advance.lexis.com/corrections?config=0150JABjMDk3NDZmNC1kYjZjLTQ4OGMtYjhmYy01...
KS Workers' Compensation Decisions
The Law Dictionary
Jury Instructions
Pattern Instructions for Kansas - Criminal 4th
Federal
Primary Law
Cases
Kansas Federal District Courts
10th Circuit - US Court of Appeals Cases
U.S. Supreme Court Cases, Lawyers' Edition
All Federal Cases
Codes & Legislation
USCS - United States Code Service - Titles 1 through 54
USCS - Constitution of the United States
Court Rules
USCS - Federal Rules Annotated
Administrative Codes and Regulations
CFR - Code of Federal Regulations
Federal Register
Secondary Sources
Bender's Federal Practice Forms
Moore's Federal Practice - Criminal
Moore's Federal Practice - Civil
Constitutional Rights of Prisoners, Ninth Edition
All States
Primary
Statutes and Legislation
All States Codes
Court Rules
All States Court Rules
Administrative Codes and Regulations
All States Administrative Codes and Regulations
LexisNexis
Privacy Policy
Terms & Conditions
Copyright © 2022 LexisNexis.
RELX™