Exhibit U

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENNETH D. LEEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. No. 21-3100-HLT-ADM |
| ) | |
| KATHRYN A. ANDROSKI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SECOND DECLARATION OF JOEL HRABE

I, Joel Hrabe, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I am currently employed by the Kansas Department of Corrections (KDOC) as the Deputy Secretary of Facility Management.

2. I have previously given a declaration in this case.

3. In my role as Deputy Secretary, I report directly to Secretary of Corrections Jeff Zmuda.

4. I directed and require KDOC prison facilities to implement the KDOC-wide tablet program that provides access to LexisNexis for restrictive housing residents ("RH residents").

5. The program requires that each facility make the tablets available to RH residents. Although facilities can specify how the tablets will be accessed, each facility has been

directed to provide RH residents with the same time to conduct legal research and the ability to request copies of case law and other materials as general population residents.

6. KDOC does not plan for Lansing Correctional Facility (LCF) to return to the system that RH residents previously used to access legal resources at LCF.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2022.

_____
Joel Hrabe
Deputy Secretary of Facility Management
Kansas Department of Corrections

Heather J Cummings
NOTARY PUBLIC – STATE OF KANSAS
MY APPT EXP: 4.29.26

2